# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: United States v. Katherine Marie Abughazaleh

Case Number: 25CR693-2

An appearance is hereby filed by the undersigned as attorney for:

Katherine Marie Abughazaleh

Attorney name (type or print): Joshua G. Herman

Firm: Law Office of Joshua G. Herman

Street address: 53 West Jackson Blvd., Suite 404

City/State/Zip: Chicago, Illinois 60604

Bar ID Number: 6283074
(See item 3 in instructions)

Telephone Number: 312-909-0434

Email Address: jherman@joshhermanlaw.com

| | |
|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes ☐ No |
| Are you a member of the court's general bar? | ✓ Yes ☐ No |
| Are you a member of the court's trial bar? | ✓ Yes ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes ☐ No |

If this is a criminal case, check your status.

✓ Retained Counsel

☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 10/29/25

Attorney signature: S/ Joshua G. Herman
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023