# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                                                Plaintiff,

v.                                                                                             Case No.: 1:25−cr−00693

                                                                                                      Honorable April M. Perry

Michael Rabbitt, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 29, 2025:

      MINUTE entry before the Honorable Heather K. McShain as to Michael Rabbitt, Katherine Marie Abughazaleh, Andre Martin, Catherine Sharp, Brian Straw, Joselyn Walsh: Initial appearance and arraignment is set for 11/05/2025 at 3:00 p.m. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.