**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
                    Plaintiff,

v.                                    Case No.: 1:25−cr−00693
                                      Honorable April M. Perry

Michael Rabbitt, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 18, 2025:

    MINUTE entry before the Honorable April M. Perry: Defendants' unopposed motion for early return of trial subpoenas pursuant to Federal Rule of Criminal Procedure 17(c) [59] is granted. All parties may issue subpoenas for books, papers, documents, or objects directly returnable to counsel prior to trial. However, the subpoenas may not be issued ex parte. Copies of any subpoenas issued must be provided to opposing counsel within 24 hours of their issuance, and opposing counsel will then have the opportunity to raise any objections pursuant to U.S. v. Nixon, 418 U.S. 683 (1974) ("in order to require production prior to trial, the moving party must show: (1) that the documents are evidentiary and relevant; (2) that they are not otherwise procurable reasonably in advance of trial by exercise of due diligence; (3) that the party cannot properly prepare for trial without such production and inspection in advance of trial and that failure to obtain such inspection may tend unreasonably to delay the trial; and (4) that the application is made in good faith and is not intended as a general fishing expedition.") Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.