**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                           Case No.: 1:25–cr–00693
                                           Honorable April M. Perry

Michael Rabbitt, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 30, 2026:

      MINUTE entry before the Honorable April M. Perry: The Court has been informed that the parties have reached agreement as to the content of the preservation orders requested by Defendants. Accordingly, Defendants' motion for preservation orders [63] is granted, consistent with the orders to follow. The Court acknowledges the Government's ongoing objection to the timeframe of the preservation orders, and that objection continues to be overruled. Enter orders. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.