**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 693 |
| v. | Hon. April M. Perry |
| MICHAEL RABBITT, ET AL. | District Judge |

**NOTICE OF APPEARANCE OF COUNSEL**

Please take notice that the undersigned Assistant United States Attorney is assigned to the above-captioned case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/Andres Q. Almendarez*
ANDRES Q. ALMENDAREZ
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 371-7568