UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, et al. | No. 25 CR 693<br><br>Judge April M. Perry |

## GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AS TO CATHERINE SHARP AND JOSELYN WALSH

As the United States Attorney's Office does in every case, the government has continued to evaluate new facts, evidence, and information to ensure that the interests of justice are served. Accordingly, the United States hereby moves to dismiss with prejudice the indictment against Catherine Sharp and Joselyn Walsh, in the interests of justice.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ William R. Hogan, Jr.*
WILLIAM R. HOGAN, JR.
ANDRES ALMENDAREZ
MATTHEW SKIBA
Assistant U.S. Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300