IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Catherine Sharp & Joselyn Walsh<br><br>Defendant(s) | Case No. 1:25-cr-00693<br><br>Judge April M. Perry |

## ORDER

The Government's motion to dismiss the indictment as to Defendant Catherine Sharp and Defendant Joselyn Walsh [91] is granted. Defendants Sharp and Walsh are dismissed from this case, with prejudice.

Date: March 13, 2026

/s/ April M. Perry