**COTSIRILOS, POULOS & CAMPBELL, LTD.**
ATTORNEYS AT LAW
55 EAST MONROE STREET, SUITE 3250
CHICAGO, ILLINOIS 60603

TERENCE H. CAMPBELL

OFFICE
(312) 263-0345
DIRECT
(312) 263-0355
EMAIL:
TCAMPBELL@COTSIRILOSLAW.COM

December 3, 2025

**By Email**

AUSA Sheri Mecklenburg
AUSA Matt Skiba
United States Attorney's Office
Northern District of Illinois
219 S. Dearborn, Fifth Floor
Chicago, Illinois 60604
sheri.mecklenburg@usdoj.gov
matthew.skiba@usdoj.gov

Re: *United States v. Rabbitt, et al.* Case No. 25 CR 693 (N.D. Ill.)

Counsel,

This letter is written on behalf of our client, Andre Martin, as well as all the Co-Defendants in the above case who join in the requests set forth below.

Pursuant to the Government's discovery obligations, we ask that the Government produce the following to the Defendants within 30 days of receipt of this letter:

**Video and Audio:**

1. All videos, still pictures, and/or audio recordings in the possession, custody or control of the Government of the area surrounding the Broadview federal facility located at 1930 Beach Street, Broadview, Illinois (the "federal facility"), specifically the area bounded by Lexington on the North, 24th Avenue on the East, Fillmore on the South, and the train tracks on the West, and specifically including the area where the events described in the indictment occurred, for the period September 19, 2025 through October 1, 2025.

2. Any and all body-worn or car-born (dash-cam) camera footage, including any audio, taken/recorded on September 26, 2025 from

    any law enforcement agent or entity that was at or near the scene of the event(s) described in the indictment – that is, the area surrounding the Broadview federal facility located at 1930 Beach Street, Broadview, Illinois, specifically the area bounded by Lexington on the North, 24th Avenue on the East, Fillmore on the South, and the train tracks on the West, and specifically including the area where the events described in the indictment occurred – and/or relating to any law enforcement agent's or entity's conduct pertaining to the event(s) described in the indictment.

3. All video from the Broadview Tower for the period September 19, 2025 through October 1, 2025. (A portion of such video was produced by the Government at MEDIA 005.)

4. All aerial footage, including any audio, from drones or other aerial devices of the area around the federal facility, including but not limited to the scene of the event(s) described in the indictment, for the period from 5:00 a.m. to 1:00 p.m. September 26, 2025.

**The Federal Vehicle Involved:**

5. All pictures and videos of the federal vehicle alleged to be damaged by Defendants during the incident on September 26, 2025 (the "federal vehicle"), which pictures or videos were taken prior to 7:45 a.m. on September 26, 2025.

6. All records (written, video, photographic, or otherwise) of any and all damage, scratches, dents, scrapes, marks, accidents and/or repairs to the exterior of the federal vehicle prior to 7:45 a.m. on September 26, 2025.

7. All maintenance records for the federal vehicle for the period January 1, 2024 through the present.

8. All records (written, video, photographic, or otherwise) establishing that any of the damage, scratches, dents, scrapes, or marks on the

COTSIRILOS, POULOS & CAMPBELL, LTD.  DECEMBER 3, 2025
PAGE 3 OF 5

federal vehicle were not on the federal vehicle prior to 7:45 a.m. on September 26, 2025.

**Grand Jury Transcripts:**

9. All grand jury transcripts and minutes, including but not limited to instructions given to the grand jurors on the law.

10. All exhibits shown to the grand jurors.

**Internal Communications/Orders/Directions to Law Enforcement:**

11. All orders, directives, commands, memoranda, and/or communications to, from, among, or with representatives or agents of ICE, Border Patrol, the DOJ, Broadview Police, or any other federal or local law enforcement person(s) or entities relating to law enforcement activity, policies, procedures, tactics, permitted responses, use of force, or other conduct relating to protests and/or protester activity at or near the scene of the incident described in the indictment (the area outside the federal facility located at 1930 Beach Street, Broadview, Illinois) for the period August 1, 2025 through September 26, 2025.

12. For the period April 1, 2025 through the present, all orders, directives, commands, memoranda, and/or communications to, from, among, or with representatives or agents of ICE, Border Patrol, the DOJ, the Executive Branch, Broadview Police, or any other federal or local law enforcement person(s) or entities relating to the First Amendment of the U.S. Constitution and protest activities at, or in the vicinity of, federal detention facilities that have been, or are being, used to hold or house detainees (even temporarily) who are alleged or suspected of being undocumented immigrants or persons believed or suspected to be subject to deportation by the U.S. government.

Case: 1:25-cr-00693 Document #: 94-2 Filed: 03/13/26 Page 3 of 5 PageID #:371

13. All communications, whether written, oral, or electronic, to or from the federal agent in the federal vehicle on September 25 through October 1, 2025 which relate in any way to the events described in the indictment and/or his version or description of the event(s) described in the indictment.

### The Identity of, and Internal Records Relating to, the Federal Agent(s) In the Federal Vehicle:

14. The identity of the federal Agent (and any other person(s)) who were in the federal vehicle described in the indictment during the incident described in the indictment.[1]

15. All records alleging or relating to any allegations, claims, inquiries, investigations, and/or findings about misconduct by the federal Agent who is alleged to have been driving the federal vehicle through the group of protesters during the incident described in the indictment (the area outside the federal facility located at 1930 Beach Street, Broadview, Illinois). This request includes, but is not limited to, failure to comply with any order, directive, approved tactic, use of force, policy, or procedure relating to interacting with any citizen or protestor.

### Documents/Information Relating to the Conspiracy Charge:

16. Documents or information (in whatever form) pertaining to:

    a. Defendants' (or any individual Defendant's) membership in the charged conspiracy;

    b. Defendants' (or any individual Defendant's) communications with any other member(s) of the alleged conspiracy. This

---

[1] Defendants will agree to have the identifying information about the Agent involved in this case be "attorney eyes only", meaning it would only be shared with the Defendants' attorneys and the attorneys' agents, investigators, experts, or others involved in the defense of the case acting under the direction of a Defendant's attorney.

COTSIRILOS, POULOS & CAMPBELL, LTD.                              DECEMBER 3, 2025
                                                                     PAGE 5 OF 5

        includes but is not limited to any communications that are part of the formation of the alleged conspiracy and/or communications related to any acts in furtherance of the alleged conspiracy;

    c. Any act(s) done in furtherance of the alleged conspiracy.

17. The identities of all alleged uncharged co-conspirators known to the Government.

Defendants respectfully ask that the Government respond promptly as to whether it intends to provide the specific items requested in this letter so we may determine whether a motion will be required. Thank you in advance for your attention to this.

        Very truly yours,

        Terence H. Campbell

THC/mot

cc: Defendants' counsel