**COTSIRILOS, POULOS & CAMPBELL, LTD.**
ATTORNEYS AT LAW
55 EAST MONROE STREET, SUITE 3250
CHICAGO, ILLINOIS 60603

TERENCE H. CAMPBELL

OFFICE
(312) 263-0345
DIRECT
(312) 263-0355
EMAIL:
TCAMPBELL@COTSIRILOSLAW.COM

December 11, 2025

**By Email**

AUSA Sheri Mecklenburg
AUSA Matt Skiba
United States Attorney's Office
Northern District of Illinois
219 S. Dearborn, Fifth Floor
Chicago, Illinois 60604
sheri.mecklenburg@usdoj.gov
matthew.skiba@usdoj.gov

**Re: *United States v. Rabbitt*, *et al.* Case No. 25 CR 693 (N.D. Ill.)**

Counsel,

This letter is written on behalf of our client, Andre Martin, as well as all the Co-Defendants in the above case who join in the requests set forth below.

While it is covered (1) by attorney Josh Herman's discovery letter to the Government dated December 1, 2025 (see, *e.g.*, request paras. 2, 3, 7, 8, and 9 and definition of "Communications" and "prosecution team" in Mr. Herman's Dec. 1 letter); (2) by my discovery letter to you dated December 3, 2025; as well quite possibly (3) by the Government's *Brady/Giglio* obligations, in an abundance of caution and to ensure there is no ambiguity, our request(s) to preserve and produce the documents described in those discovery letters includes a request to preserve and produce all texts and/or other electronic, written, oral, or transcribed communications, as well as phone logs, for Agent A and any other Agent(s) involved in the events described in the Indictment and which communications relate in any way to (a) the Defendants (or any one of them); and/or (b) the events described in the Indictment, for the period from September 19, 2025 through the present. (We have chosen the September 19, 2025, date in part due to publicized events involving certain defendants, which are reflected in the report produced at FBI302_001-000001-2 and the material produced at Media 20 and 21, which relate to incidents from that date. To be clear, this date should not be seen as a limitation on any otherwise discoverable material preceding that date, but it is a minimum starting

C<small>OTSIRILOS</small>, P<small>OULOS</small> & C<small>AMPBELL</small>, L<small>TD</small>.  D<small>ECEMBER</small> 11, 2025
P<small>AGE</small> 2 <small>OF</small> 2

point for preservation of potential *Brady*/*Giglio* materials and information relevant to the case.)

     Defendants respectfully ask that the Government respond promptly as to whether it intends to take the necessary steps to preserve the specific materials requested in this letter. Thank you in advance for your prompt attention to this.

                         Very truly yours,

                         Terence H. Campbell

THC/mot

cc: Defendants' counsel