IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | Judge April M. Perry |
| MICHAEL RABBITT, | ) | |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, and BRIAN STRAW | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:    All counsel and parties of record on the Clerk's CM/ECF system for this matter.

PLEASE TAKE NOTICE that on the 18th Day of March 2026 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge April M. Perry or any judge sitting in her stead at 219 South Dearborn Street, Chicago, Illinois, and present Defendant's Motion to Compel.

Respectfully Submitted,

/s/ Christopher V. Parente
**Christopher V. Parente**

**Cheronis & Parente LLC**
140 S. Dearborn Street Suite 404
Chicago, IL 60603
(312) 663-4644
cparente@cheronislaw.com