**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL RABBITT, )<br>KATHERINE MARIE ABUGHAZALEH, )<br>ANDRE MARTIN, and BRIAN STRAW )<br>)<br>)<br>Defendants. ) | No. 25 CR 693<br>Judge April M. Perry |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

In support of their Motion to Compel (Dkt. 94), Defendants relied on the case *United States v. Carey* 25 CR 251 (Jan. 20, D.D.C. 2026). (Dkt. 94, at 22-23). Mr. Carey was a veteran who burned an American flag across the street from the White House following President Trump's executive order seeking to limit the First Amendment protected activity of flag burning.

In *Carey*, the District Court allowed Mr. Carey's vindictive prosecution claim to proceed noting Mr. Carey "is entitled to proceed with a further inquiry into whether he is being prosecuted to punish him for his allegedly illegal actions or for his constitutionally protected speech." *Id*. R.22, at 1. The deadline for the Government to produce records regarding the Government's decision to charge Mr. Carey was Monday, March 16, 2026. Late in the afternoon on Friday, March 13, 2026, the Government moved to dismiss the indictment against Mr. Carey with prejudice. (Ex. A). By dismissing the indictment, the Government avoided the Court's order to produce documents which would have revealed whether the Department of Justice impermissibly targeted Mr. Carey for his exercise of free speech.

1

While we have become somewhat immune to the dismissal of indictments by this current version of the Department of Justice, it is still exceedingly rare. The dismissal of the indictment against Mr. Carey on the eve of having to disclose documents about the Department of Justice's motives in charging Mr. Carey is certainly telling. Mr. Carey's attorney noted in response to the dismissal, "[t]he timing is surely not accidental, that they are moving to dismiss the charges immediately in advance of their obligation to provide information into their internal decision making to prosecute Mr. Carey, as well as directives related to an executive order that we believe is not constitutionally sound."[1]

The Defendants submit that while the Government may have avoided the order to disclose the records in *Carey* by dismissing the indictment with prejudice, the last minute decision by the same Department of Justice prosecuting the Defendants in this case is another brick in the wall demonstrating *some* objective evidence tending to show the existence of vindictiveness in the charging of the Defendants here by the same Department of Justice who charged Mr. Carey.

Respectfully submitted,

| | |
|---|---|
| **/s/ Nancy L. DePodesta** | **/s/ Joshua G. Herman** |
| **/s/ Carly Alana Chocron** | Law Office of Joshua G. Herman |
| Taft Stettinius & Hollister LLP | 53 W. Jackson, Blvd., Suite 404 |
| 111 E Wacker Dr, Suite 2900 | Chicago, IL 60604 |
| Chicago, IL 60601 | 312-909-0434 |
| 312-836-5884 | jherman@joshhermanlaw.com |
| ndepodesta@taftlaw.com | *Attorney for Katherine Marie Abughazaleh* |
| cchocron@taftlaw.com | |
| *Attorneys for Michael Rabbitt* | |
| | |
| **/s/ Theodore Thomas Poulos** | |
| **/s/ Terence H. Campbell** | **/s/ Christopher Parente** |
| **/s/ Valerie Ann Davenport** | **/s/ Damon M Cheronis** |
| Cotsirilos, Poulos & Campbell, Ltd. | Cheronis & Parente |
| 55 E. Monroe Street, Suite 3250 | 140 S. Dearborn, Suite 404 |

---

[1] Available at https://www.nbcnews.com/politics/justice-department/drops-case-veteran-carey-arrested-burning-american-flag-white-house-rcna263438 (last visited March 16, 2026).

| | |
|---|---|
| Chicago, IL 60603 | Chicago, IL 60603 |
| 312-263-0345 | 773-458-4899 |
| tpoulos@cotsiriloslaw.com | cparente@cheronislaw.com |
| tcampbell@cotsiriloslaw.com | damon@cheronislaw.com |
| vdavenport@cotsiriloslaw.com | *Attorneys for Brian Straw* |
| *Attorneys for Andre Martin* | |