## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | Judge April M. Perry |
| MICHAEL RABBITT, | ) | |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, and BRIAN STRAW | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:    All counsel and parties of record on the Clerk's CM/ECF system for this matter.

PLEASE TAKE NOTICE that on the 19th Day of March 2026 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge April M. Perry or any judge sitting in her stead at 219 South Dearborn Street, Chicago, Illinois, and present Defendant's Motion to Dismiss Count One Based on the First Amendment.

Respectfully Submitted,

/s/ Christopher V. Parente
**Christopher V. Parente**

**Cheronis & Parente LLC**
140 S. Dearborn Street Suite 404
Chicago, IL 60603
(312) 663-4644
cparente@cheronislaw.com