**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                          Case No.: 1:25−cr−00693
                                                            Honorable April M. Perry

Michael Rabbitt, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 19, 2026:

        MINUTE entry before the Honorable April M. Perry: Hearing held 3/19/2026.
Defendants' motion for leave to file a brief in excess of 15 pages [99] is granted. Briefing
schedule on the motion to dismiss will be as follows: Response to be filed by 4/9/2026,
Reply to be filed by 4/16/2026. At Defendants' request, the Court strikes the hearing date
of 3/31/2026, and the date is re−set to 4/7/2026 at 10:30 a.m. Defendants are given leave
to file a reply to the motion to compel by 4/2/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.