UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, et al. | No. 25 CR 693<br><br>Judge April M. Perry |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTION TO COMPEL**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully submits this unopposed motion for an extension of time until March 30, 2026 to respond to defendants' Motion To Compel.

On March 13, 2026, defendants filed their motion to compel discovery. Dkt. 94. On March 15, 2026, this Court directed the government to respond by Thursday, March 26, 2026. Dkt. 97.

The government respectfully requests an extension of time until Monday, March 30, 2026 to finish and file its response to the motion. The government has conferred with all defense counsel and they do not object to this request.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   */s/ William R. Hogan, Jr.*
WILLIAM R. HOGAN, JR.
Assistant United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604