**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | |
| MICHAEL RABBITT, | ) | Judge April M. Perry |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, and | ) | |
| BRIAN STRAW | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE DEFENDANTS' EXHIBIT A UNDER SEAL**

Defendants Micheal Rabbitt, Katherine Marie Abughazaleh, Andre Martin, and Brian Straw, through their attorneys, respectfully move this Court for leave to file Exhibit A to Defendants' Reply in Support of their Motion to Compel under seal. In support thereof, Defendants state as follows:

1.      Exhibit A to Defendants' Reply in Support of their Motion to Compel contains close-up screenshot images depicting the faces of private citizens who are not parties to this action.

2.      Public dissemination of these images could unnecessarily subject these individuals to public scrutiny and potential harassment, despite the fact that they are not parties.

3.      The privacy interests of these non-parties outweigh any minimal public interest in access to these particular close-up images.

4.      Accordingly, good cause exists to permit filing Exhibit A under seal in order to safeguard those interests.

WHEREFORE, Defendants respectfully request permission to file Exhibit A to their Reply in Support of their Motion to Compel under seal.

Dated: April 3, 2026                   Respectfully submitted,

                                     By:  */s/ Terence H. Campbell*
                                           An Attorney for Defendant
                                         Andre Martin
                                         ***On behalf of All Defendants***

Theodore T. Poulos
Terence H. Campbell
Valerie A. Davenport
Cotsirilos, Poulos & Campbell, Ltd.
55 East Monroe Street, Suite 3250
Chicago, IL 60603
312-263-0345
tcampbell@cotsiriloslaw.com

**CERTIFICATE OF SERVICE**

Terence H. Campbell, an attorney, hereby certifies that in accordance with Fed.R.Crim.P.

49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

- Defendants' Motion for Leave to File Exhibit A Under Seal; and
- Notice of Motion

served pursuant to the District Court's ECF system as to ECF filers, including the United States

Attorney's Office.

                                           */s/ Terence H. Campbell*