IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 25 CR 693 |
| | ) | |
| MICHAEL RABBITT, et al., | ) | Judge April M. Perry |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, April 7, 2026, at 10:30 a.m., I shall appear before the Honorable April M. Perry, United States District Judge, in the Courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and present Defendants' Motion for Leave to File Exhibit Under Seal.

Respectfully submitted,

By:     /s/ *Terence H. Campbell*
An Attorney for Defendant
Andre Martin
***On behalf of All Defendants***

Theodore T. Poulos
Terence H. Campbell
Valerie A. Davenport
Cotsirilos, Poulos & Campbell, Ltd.
55 East Monroe Street, Suite 3250
Chicago, IL 60603
312-263-0345
tcampbell@cotsiriloslaw.com