## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                              Case No.: 1:25–cr–00693
                                                                Honorable April M. Perry

Michael Rabbitt, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 7, 2026:

        MINUTE entry before the Honorable April M. Perry: Hearing held 4/7/2026. Defendants' motion to seal [115] is granted. For the reasons stated in open court, Defendants' motion to compel [94] is denied in part and granted in part, consistent with the Court's oral ruling. At the request of the Government, the Government's response date for the motion to dismiss [100] is extended to 4/13/2026; the reply date is extended to 4/20/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.