UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL RABBITT, et al.

No. 25 CR 693

Judge April M. Perry

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT GRAND JURY TRANSCRIPTS FOR IN CAMERA REVIEW**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully submits this unopposed motion for an extension of time until April 23, 2026, to provide the relevant portions of the grand jury transcripts to the Court for an in camera review.

On April 8, 2026, defendants filed their motion to compel disclosure of the grand jury transcripts. Dkt. 118. On April 9, 2026, this Court directed the government to respond or, in the alternative, provide the relevant portions of the transcripts to the Court for an in camera review by April 20, 2026. Dkt. 119.

The government respectfully requests an extension of time until no later than April 23, 2026, to provide the Court all relevant portions of the transcripts as outlined in the defense motion, for an in camera review. This extension will allow the government the opportunity to obtain all relevant transcripts to provide the Court, which it has been seeking to obtain. The government has conferred with all defense counsels and they do not object to this request.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   */s/ Andres Q. Almendarez.*
ANDRES Q. ALMENDAREZ
Assistant United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604

2