**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | Judge April M. Perry |
| MICHAEL RABBITT, | ) | |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, and BRIAN STRAW | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO BAR RULE 404(b) "OTHER ACT" EVIDENCE**

Defendants respectfully move *in limine* to bar the government from introducing any "other act" evidence pursuant to Rule 404(b) of the Federal Rules of Criminal Procedure.

On March 19, 2026, Defendants filed a motion for notice and production of Rule 404(b) material. (Dkt. #105). On March 20, 2026, the Court entered an order construing the request to be for materials that would need to be admitted pursuant to a motion *in limine*, which were to be filed on April 21, 2026. (Dkt. #107). On April 21, 2026, the government filed its consolidated motions *in limine*. (Dt. #124). While raising a number of arguments, the government failed to identify any "other act" evidence as to any of the Defendants that it sought admission pursuant to Rule 404(b).

As such, the Court should enter an order barring the government from attempting to introduce or otherwise elicit any evidence of a character trait or of a crime, wrong, or other act allegedly committed by any of the Defendants to prove their character to show that on a particular occasion they acted in accordance with the character and any similar evidence falling within the scope of Rule 404(b).

Respectfully submitted,

**/s/ Nancy L. DePodesta**
**/s/ Carly Alana Chocron**
Taft Stettinius & Hollister LLP
111 E Wacker Dr, Suite 2900
Chicago, IL 60601
312-836-5884
ndepodesta@taftlaw.com
cchocron@taftlaw.com
*Attorneys for Michael Rabbitt*

**/s/ Theodore Thomas Poulos**
**/s/ Terence H. Campbell**
**/s/ Valerie Ann Davenport**
Cotsirilos, Poulos & Campbell, Ltd.
55 E. Monroe Street, Suite 3250
Chicago, IL 60603
312-263-0345
tpoulos@cotsiriloslaw.com
tcampbell@cotsiriloslaw.com
vdavenport@cotsiriloslaw.com
*Attorneys for Andre Martin*

**/s/ Joshua G. Herman**
Law Office of Joshua G. Herman
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
312-909-0434
jherman@joshhermanlaw.com
*Attorney for Katherine Marie Abughazaleh*

**/s/ Christopher Parente**
**/s/ Damon M Cheronis**
Cheronis & Parente
140 S. Dearborn, Suite 404
Chicago, IL 60603
773-458-4899
cparente@cheronislaw.com
damon@cheronislaw.com
*Attorneys for Brian Straw*