

FBIMAIN_003-000032



FBIMAIN_003-000033



FBIMAIN_003-000034



FBIMAIN_003-000035



FBIMAIN_003-000036



FBIMAIN_003-000037



FBIMAIN_003-000038