

FBIMAIN_003-000016



FBIMAIN_003-000017





FBIMAIN_003-000019



FBIMAIN_003-000020



**5:23** 📞 36m

**Don't want you getting flagged at your hotel with the etching on the side**

If you have a loaner, I can take it.

**Ok we will figure out how to get it to you,**

**How is it looking out there? Can you make it to the district office?**

I can this afternoon.

Evidently, WH, DOJ, BP are going to ensure that things calm down.

**Employee Food Service - Corporate Catering - Relish by ezCater**
ezcater.com

👍

Can we look into this as a lunches option?



Sat, Sep 27 at 9:45 AM

What happened to your vehicle?

It was the one on TV.

Broken passenger mirror, broken rear wiper

And "PIG" Keyed into the paint

I didn't see the footage, I'll look for it now,

Where is the vehicle now???

Do you need a loaner?

I am still driving it. It is fully functional. The broken mirror is a hassle, but I don't know if it is worth the trouble to get it fixed in the midst of the storm.

By the time this is all done, I may need the other side fixed...



Yeah. Got PIG scratched into the side

Passenger mirror is broken

I'm going to park it downtown and get a loaner.

That way it doesn't get spotted at the hotel...

Thu, Nov 6 at 9:11 AM

Good morning █████ do you know if Chicago is still planning or needing █ and I to come up for two weeks? I called and left a message with Chicago travel with ██████ because our authorizations haven't been created.

Thu, Nov 6 at 10:11 AM

Yes. However there will be no



FBIMAIN_003-000023



FBIMAIN_003-000024



ENOUGH IS ENOUGH!

**Nick Sortor (@nicksortor)**
x.com

🚨 BREAKING: Federal agents are firing pepper balls at rioters who are ATTACKING ICE at their Broadview facility near Chicago

We HAVE to make an example out of these degenerates

MASS ARRESTS and hold them without bond.

Playtime is over.

**Nick Sortor (@nicksortor)**
x.com

Mon, Oct 6 at 5:09 AM

I need to take sick leave today. I'll notify my team leader. Just keeping you in the loop.

Mon, Oct 6 at 6:09 AM

Copy

Read

Tue, Oct 7 at 7:17 PM



FBIMAIN_003-000026



FBIMAIN_003-000027



FBIMAIN_003-000028



**1:39**      ᴵ 5G

Fri, Sep 26 at 9:48 AM

Was that you that got surrounded heading into broadview this morning? Looked like your vehicle.

Sure was

Gonna need a good buffing

Oh crap. There's videos all over the internet

Send me some

🚨 BREAKING: Masked rioters are blocking and ATTACKING ICE agents' vehicles at the Broadview ICE facility outside outside Chicago

It's time to send in the National Guard

ENOUGH IS ENOUGH!

🧭 **Nick Sortor (@nicksortor)**
x.com

FBIMAIN_003-000029



FBIMAIN_003-000030



FBIMAIN_003-000031