**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                                    Case No.: 1:25−cr−00693
                                                                        Honorable April M. Perry

Michael Rabbitt, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 29, 2026:

        MINUTE entry before the Honorable April M. Perry: Status hearing held 4/29/2026. Defendants' motion to file an oversized brief [138] is granted. Defendants' motion to dismiss on First Amendment grounds [100] is denied, for the reasons stated in open court. Defendants' motion for grand jury transcripts [118] is denied as moot, based upon the Government's representation that it will be filing a superseding information that only alleges misdemeanor charges against Defendants. Defendants' motion for Agent A's text messages [131] is granted. The Government is to provide to the Defendants any relevant text messages that constitute Brady or Jencks Act material by 5/12/2026. Government's motion in limine V, regarding the admission of anti−ICE statements and chants made by Defendants and their co−conspirators is denied without prejudice. The Government may re−raise the issue in a supplemental motion in limine that identifies (1) specific statements the Government proposes to admit; (2) who the speaker(s) were; (3) when and where the statements were made; (4) which Defendant(s) the statements are intended to be used against; (5) any other evidence that supports an inference that the statement at issue is relevant to motive and intent as to a particular Defendant or Defendants; and (6) the hearsay exception that applies. Any supplemental motions in limine are to be filed by 5/7/2026 and should include notice as to whether any previously−filed motions in limine are being withdrawn. Supplemental motion responses are to be filed by 5/14/2026. Joint proposed statement of the case as well as witness lists, exhibit lists, proposed voir dire, and draft jury instructions are to be filed by 5/12/2026. Pre−trial conference is re−set to 5/18/2026 at 1:00 p.m. in person in Courtroom 1725. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.