


FILED
4/29/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AXM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL RABBITT,
KATHERINE MARIE ABUGHAZALEH,
ANDRE MARTIN, and
BRIAN STRAW

Case No. 25 CR 693

Violations: Title 18, United States
Code, Sections 111(a)(1)

SUPERSEDING INFORMATION

## COUNT ONE

**1:25-cr-0693
Judge April M. Perry
Magistrate Judge Heather K. McShain
Direct / Cat. 3**

The United States Attorney charges:

1. At times material to this information:

a. Agent A was a United States law enforcement officer assigned to an administrative role with the Department of Homeland Security, Immigration and Custom Enforcement ("ICE"). On or about September 23, 2025, Agent A was detailed to serve an assignment for ICE in the Northern District of Illinois.

b. The Broadview Service Staging Area ("BSSA") was an ICE facility located in Broadview, Illinois, which was used to process individuals apprehended for being unlawfully present in the United States.

c. On or about September 26, 2025, at approximately 7:45 a.m., Agent A was wearing civilian clothes driving a government-owned vehicle (the "Government Vehicle") to the BSSA to report for his official duties. Agent A's official duties at the BSSA included supervising logistics such as intake, processing, bedspace, and transportation coordination for those temporarily detained in

Broadview, communicating with upper management and federal partners to manage operations and ensure necessary supplies and proper staffing levels, and responding to requests for information, both internally and from the public.

2.     On or about September 26, 2025, at Broadview, in the Northern District of Illinois, Eastern Division,

MICHAEL RABBITT,

defendant herein, forcibly impeded, intimidated, and interfered with an officer of the United States, namely, Agent A, while engaged in or on account of the performance of his official duties;

In violation of Title 18, United States Code, Sections 111(a)(1).

## COUNT TWO

The United States Attorney further charges:

1.     The allegations in Paragraph 1 of Count One of the information are incorporated here.

2.     On or about September 26, 2025, at Broadview, in the Northern District of Illinois, Eastern Division,

KATHERINE MARIE ABUGHAZALEH,

defendant herein, forcibly impeded, intimidated, and interfered with an officer of the United States, namely, Agent A, while engaged in or on account of the performance of his official duties;

In violation of Title 18, United States Code, Sections 111(a)(1).

3

## COUNT THREE

The United States Attorney further charges:

1.      The allegations in Paragraph 1 of Count One of the information are incorporated here.

2.      On or about September 26, 2025, at Broadview, in the Northern District of Illinois, Eastern Division,

ANDRE MARTIN,

defendant herein, forcibly impeded, intimidated, and interfered with an officer of the United States, namely, Agent A, while engaged in or on account of the performance of his official duties;

In violation of Title 18, United States Code, Sections 111(a)(1).

## COUNT FOUR

The United States Attorney further charges:

1.      The allegations in Paragraph 1 of Count One of the information are incorporated here.

2.      On or about September 26, 2025, at Broadview, in the Northern District of Illinois, Eastern Division,

BRIAN STRAW,

defendant herein, forcibly impeded, intimidated, and interfered with an officer of the United States, namely, Agent A, while engaged in or on account of the performance of his official duties;

In violation of Title 18, United States Code, Sections 111(a)(1).


UNITED STATES ATTORNEY

5