**FILED**

4/29/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

**1:25-cr-0693**
**Judge April M. Perry**
**Magistrate Judge Heather K. McShain**
**Direct / Cat. 3**

**Misdemeanor**



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
| --- | --- | --- |
| Michael Rabbitt | No | No |
| Katherine Marie Abughazaleh | No | No |
| Andre Martin | No | No |
| Catherine Sharp | No | No |
| Brian Straw | No | No |
| Joselyn Walsh | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **Yes**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **Yes**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information? **III Class A misdemeanor**

Does the indictment or information charge a felony offense? **No**

Will any defendant require a foreign language interpreter for Court appearances? No

List of Statutes:
**Title 18, United States Code, Sections 111(a)(1)**

Assistant United States Attorney: **William Hogan**

Contact Person and Phone Number: **William Hogan, (312) 886-4185**