## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                        Case No.: 1:25−cr−00693
                                        Honorable April M. Perry

Michael Rabbitt, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 8, 2026:

      MINUTE entry before the Honorable April M. Perry: Hearing held 5/8/2026 on Defendants' motion to dismiss the conspiracy charge [144]. Given the Government's subsequently−filed motion to dismiss Count 1 of the indictment (i.e., the conspiracy charge) [147], Count 1 of the indictment is dismissed with prejudice. Defendants' motion [144], which requests the exact relief that the Government requested, is denied as moot. Despite the fact that the parties are in agreement as to the appropriate result, and that the Court has granted the relief they both requested, Defendant Brian Straw has filed another motion [148], which is labeled "Motion to Make Offer of Proof Regarding Government's Motion to Dismiss Count One of the Indictment." An offer of proof is a proffer by an attorney as to what evidence the court has excluded would have shown, in order to preserve an argument for appeal. Defendant's motion contains no proffer of evidence, and given that everyone has received the exact relief they asked for, there is no possibility of appeal. Defendant's motion is not an offer of proof, it is an argument. Moreover, it is an argument about an issue Defendant already won. It is a waste of time and resources to hold arguments on issues about which the parties agree. Nor does the Court dedicate resources to conducting an inquiry into why, precisely, they all agree. A dismissal with prejudice is as good as it could have gotten for Defendants, and the Court agrees that the interests of justice were served by the dismissal. The Court intends to focus on the many substantive motions that remain pending, and encourages everyone involved to do the same. Defendant's motion [148] is denied. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.