**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | Judge April M. Perry |
| BRIAN STRAW, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**BRIAN STRAW WITNESS LIST**

Brian Straw, by and through his attorneys, Cheronis & Parente LLC, respectfully submits the following witness list. Mr. Straw reserves the right to supplement this list based on the government's case-in-chief:

1. Mr. Brian Straw

2. Ms. Vicki Scaman

3. Mr. David Hyde

4. Broadview Police Chief Thomas Mills

5. Agent A

Respectfully Submitted,

**/s/ Christopher Parente**
**/s/ Damon M Cheronis**
Cheronis & Parente LLC
140 S. Dearborn, Suite 404
Chicago, IL 60603
773-458-4899
cparente@cheronislaw.com