**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | Judge April M. Perry |
| BRIAN STRAW, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**BRIAN STRAW EXHIBIT LIST**

Defendant Brian Straw, by and through his attorneys, Cheronis & Parente LLC, respectfully submits the following exhibit list.  Mr. Straw reserves the right to supplement this list based on the government's case-in-chief.

1

# BRIAN STRAW EXHIBIT LIST

| Exhibit Number | Description |
| --- | --- |
|  |  |
| Straw 1 | Oak Park Village Trustee Jacket |
| Straw 2 | Hat |
| Straw 3 | N-95 Mask |
| Straw 4 | Goggles |
| Straw 5 | Pocket constitution |
| Straw 6 | Map of Broadview area |
| Straw 7 | Due process clause note |
| Straw 8 | Protest song video |
| Straw 9A-E | Video screen shots |
| Straw 10 | Agent A text messages |

Respectfully Submitted,

**/s/ Christopher Parente**
**/s/ Damon M Cheronis**
Cheronis & Parente
140 S. Dearborn, Suite 404
Chicago, IL 60603
773-458-4899
cparente@cheronislaw.com
damon@cheronislaw.com
*Attorneys for Brian Straw*