UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL RABBITT, et al.

No. 25 CR 693

Judge April M. Perry

**JOINT PROPOSED PRETRIAL STATEMENT**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois; and defendants Michael Rabbitt, Katherine Marie Abughazaleh, Andre Martin, and Brian Straw—through undersigned counsel—submit the following Joint Proposed Pretrial Statement.

The information in this case charges that on or about September 26, 2025, defendants MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, and BRIAN STRAW each forcibly impeded, intimidated, and interfered with a federal officer, Agent A, in violation of 18 U.S.C. § 111(a).

Defendants RABBITT, ABUGHAZALEH, MARTIN, and STRAW have each pleaded not guilty to the charges and each Defendant is presumed innocent of the charges unless the government proves his or her guilt beyond a reasonable doubt.

The information is simply the formal way of telling each defendant what crime he or she is accused of committing. It is not evidence that the defendants are guilty. It does not even raise a suspicion of guilt.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ William R. Hogan, Jr.*
WILLIAM R. HOGAN, JR.
ANDRES ALMENDAREZ
MATTHEW SKIBA
Assistant U.S. Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300

By: */s/ Nancy L. DePodesta*
NANCY L. DEPODESTA
CARLY ALANA CHOCRON
Attorneys for Michael Rabbitt

By: */s/ Joshua G. Herman*
JOSHUA G. HERMAN
MOLLY ARMOUR
Attorneys for Katherine Marie
Abughazaleh

By: */s/ Terence H. Campbell*
TERENCE H. CAMPBELL
THEODORE THOMAS POULOS
VALERIE ANN DAVENPORT
Attorneys for Andre Martin

By: */s/ Christopher Parente*
CHRISTOPHER PARENTE
DAMON M. CHERONIS
Attorneys for Brian Straw

2