UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL RABBITT, et al.

No. 25 CR 693

Judge April M. Perry

## GOVERNMENT'S PROPOSED WITNESS LIST

1. Former Broadview Police Department Lt. Ian Florentino

2. Former Broadview Police Department Commander Brendan McCrudden

3. FBI Special Agent Daniel Broeckelmann

4. Acting Deputy Field Office Director Dennis Woemmel

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   /s/ *William R. Hogan, Jr.*
WILLIAM R. HOGAN, JR.
MATTHEW SKIBA
ANDRES Q. ALMENDAREZ
Assistants U.S. Attorneys
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 353-5300