**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|      ) | |
|      Plaintiff,      ) | |
| v.      ) | No. 25 CR 693 |
|      ) | |
|      ) | Judge April M. Perry |
| KATHERINE MARIE ABUGHAZALEH,      ) | |
|      ) | |
|      Defendant.      ) | |

<u>**DEFENDANT'S PRELIMINARY EXHIBIT LIST**</u>

Defendant **KATHERINE MARIE ABUGHAZALEH**, by and through her attorneys

**JOSHUA G. HERMAN** and **MOLLY ARMOUR,** respectfully submits this proposed list of

potential exhibits for trial. Ms. Abughazaleh reserves the right to use any and all exhibits identified

on the government's exhibit lists and the exhibit list of any co-defendant. The defense's

investigation and review of potential exhibits is ongoing, and the final determination of exhibits

may depend on the government's and co-defendants' presentation of evidence. As such,

Ms. Abughazaleh expressly reserves the right to amend and update this exhibit list.

| Defendant Abughazaleh Exhibits | |
|---|---|
| #KA | Description |
| 1 | Compilation of GX 7, GX 11, and KA EX 21 |
| 2 | Video of Incident (Longer Version of Media 001) |
| 3-4 | Apple Maps Overhead Screenshots |
| 5-6 | Apple Maps Streetview Screenshots |

1

Respectfully submitted,

**/s/ Joshua G. Herman**
Law Office of Joshua G. Herman
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
312-909-0434
jherman@joshhermanlaw.com

**/s/ Molly Armour**
Law Office of Molly Armour
53 W. Jackson Blvd., Suite 1424
Chicago, IL 60604
773-746-4849
armourdefender@gmail.com

*Attorneys for Katherine Marie Abughazaleh*

2