**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | |
| | ) | Judge April M. Perry |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S PRELIMINARY WITNESS LIST**

Defendant **KATHERINE MARIE ABUGHAZALEH**, by and through her attorneys **JOSHUA G. HERMAN** and **MOLLY ARMOUR,** respectfully submits this proposed witness list of individuals who may be called at trial. This preliminary list is based on the information currently available to the defense. It is subject to revision based on review of the government's witnesses and exhibits, the witnesses and exhibits proposed by any co-defendant, the defense's ongoing investigation, and any testimony and evidence that may be introduced at trial:

1. Katherine Marie Abughazaleh

2. Kai Joy (Investigator)

3. Kelly Rice (Investigator)

4. Representative from Video One Productions

5. Any and all witnesses on the government's witness list

1

Respectfully submitted,

**/s/ Joshua G. Herman**
Law Office of Joshua G. Herman
53 W. Jackson Blvd., Suite 404
Chicago, IL 60604
312-909-0434
jherman@joshhermanlaw.com

**/s/ Molly Armour**
Law Office of Molly Armour
53 W. Jackson Blvd., Suite 1424
Chicago, IL 60604
773-746-4849
armourdefender@gmail.com

*Attorneys for Katherine Marie Abughazaleh*

2