**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                         Case No.: 1:25−cr−00693

                                         Honorable April M. Perry

Michael Rabbitt, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2026:

      MINUTE entry before the Honorable April M. Perry: Hearing to be held 5/21/2026 at 11:00 a.m. in person in Courtroom 1725 on the motion for disclosure of prosecutor's instructions of the law to the grand jury [143]. Any AUSA who participated in the decision to redact portions of the grand jury transcripts, whether on the trial team or at the supervisory level, is ordered to appear in person at the hearing. Due to the anticipated discussion of grand jury materials and in an effort to avoid tainting the jury venire, the proceedings will be conducted under seal. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.