IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | Judge April M. Perry |
| MICHAEL RABBITT, | ) | |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, CATHERINE SHARP, | ) | |
| BRIAN STRAW, and JOSELYN WALSH | ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] PRESERVATION ORDER

Having found that the materials requested are potentially relevant and material to the above captioned matter, it is hereby ordered that the United States Attorney's Office, Mr. William Hogan, Mr. Matthew Skiba, Mr. Andres Almendarez, and Ms. Sheri Mecklenburg are to preserve and maintain any and all emails, text messages, voice messages, documents, notes, and records of any kind related to the circumstances surrounding the proceedings that occurred in the Grand Jury on October 9, October 16, and October 23, 2025, regarding the above-captioned case, as well as the decisions during the time period of October 9 through May 21, 2026, to not disclose the transcripts, to redact portions of the transcripts, and to not correct misstatements of fact by the Court the government knew to be inaccurate.

Entered,

_____
**Judge April M. Perry**
**United States District Court**
**Northern District of Illinois**

 **Dated:**