## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 25 CR 693 |
| | ) | Judge April M. Perry |
| MICHAEL RABBITT, | ) | |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, CATHERINE SHARP, | ) | |
| BRIAN STRAW, and JOSELYN WALSH | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:     All counsel and parties of record on the Clerk's CM/ECF system for this matter.

PLEASE TAKE NOTICE that on the 27th Day of May 2026 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge April M. Perry or any judge sitting in her stead at 219 South Dearborn Street, Chicago, Illinois, and present Brian Straw's Emergency Motion for a Preservation Order.

Respectfully Submitted,

/s/ Christopher V. Parente
**Christopher V. Parente**

**Cheronis & Parente LLC**
140 S. Dearborn Street Suite 404
Chicago, IL 60603
(312) 663-4644
cparente@cheronislaw.com