

DAMON /\ CHERONIS

Christopher Parente <cparente@cheronislaw.com>

## RE: Motion date 25CR693

**Hogan, William (USAILN)** <​███████████████████████>  Wed, May 6, 2026 at 4:32 PM
To: Christopher Parente ███████████████████████
Cc: Terence Campbell ████████████████████, 'Skiba, Matthew ██████████ ████████████████
"Almendarez, Andres ██████████████████████████████████████████████████ Theodore Poulos
███████████████████, ████████████████████████████████ Nancy DePodesta
█████████████████ ████████████████████

No.

From: Christopher Parente ██████████████████████
Sent: Wednesday, May 6, 2026 4:24 PM
To: Hogan, William ██████ <███████████████
Cc: Terence Campbell <████████████████ Skiba, Matthew ███████████████████
Almendarez, Andres ██████████████████████████████████████████ Theodore
Poulos <████████████████████████████████ Nancy DePodesta
██████████████████████████████████
Subject: Re: [EXTERNAL] Re: Motion date 25CR693

Bill,

In case the court disagrees with your mootness argument tomorrow, could you please bring at least one copy of the unredacted transcript to court.

Christopher V. Parente

████████████████████████████
████████████████████████████
████████████████████████████

On May 6, 2026, at 2:55 PM, Hogan, William ███████████████████████

I specifically said that it was our view that our filing mooted your motion and specifically asked for advice as to whether we needed to still appear. I did not ask the court to cancel the hearing. Maybe you should actually read my email before being so quick to respond.

DEFENDANT'S EXHIBIT

tabbies

**From:** Christopher Parente <████████████████████████
**Sent:** Wednesday, May 6, 2026 2:45 PM
**To:** Hogan, William ████████████████████
**Cc:** ████████████████████████████████ Terence Campbell
████████████████████ Skiba, Matthew ████████████████
Almendarez, Andres ████████████████████████████████
████████████████
Theodore Poulos ████
████████████████████ Nancy DePodesta ████████████████████
████████████████
**Subject:** [EXTERNAL] Re: Motion date 25CR693

This does not moot the issue and we want the hearing. Please consult with us in the future before emailing court asking to cancel hearings

Christopher V. Parente

On May 6, 2026, at 2:34 PM, Hogan, William ████████████████████

James –

The government just filed the attached motion to dismiss Count One of the indictment with prejudice. In our view, that resolves the motion to dismiss Count One filed by defendant Martin and moots the motion for disclosure filed by defendant Straw that are scheduled for tomorrow morning at 8.30.

Can you please advise whether the appearance is still necessary?

Thanks –

William R. Hogan, Jr.