UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No.    25 CR 693 |
| MICHAEL RABBIT, | ) | Judge April M. Perry |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, | ) | |
| CATHERINE SHARP, | ) | |
| BRIAN STRAW, and | ) | |
| JOSELYN WALSH | ) | |

## **DESIGNATION OF ATTORNEY FOR THE GOVERNMENT**

The United States of America, by and through its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, hereby presents notice that the undersigned Assistant United States Attorney has been designated to represent the government in the above-captioned case.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:    s/ Diane MacArthur
DIANE MacARTHUR
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5352