**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                 Case No.: 1:25–cr–00693

                                                 Honorable April M. Perry

Michael Rabbitt, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

      MINUTE entry before the Honorable April M. Perry: Motion hearing held 5/26/2026. Based upon the Government's representations as to the scope of materials being preserved, motion for emergency preservation order [188] is denied. Defendants' briefs on standing, possible sanctions, and right to discovery at this stage of proceedings are to be filed by 6/16/2026. Government's response brief(s) to be filed by 7/7/2026. Reply briefs to be filed by 7/21/2026. Considering the Government&#039;s agreement that at least portions of the grand jury transcripts should be released, the previously–set briefing schedule on this topic is vacated. The parties are asked to meet and confer to discuss the scope of appropriate redactions of the grand jurors' opinions about the case presented. Agreed redactions and redactions in dispute are to be filed by 6/5/2026 under seal. In light of the briefing schedules set, status hearing set for 6/2/2026 is vacated. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.