# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

       Plaintiff,

v.                Case No.: 1:25−cr−00693
                Honorable April M. Perry

Michael Rabbitt, et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 3, 2026:

  MINUTE entry before the Honorable April M. Perry: Acknowledging that Defendants' Hyde Act motion is protective and not intended to be the complete motion on this topic, any Government response to the initial issues posed in the motion (such as Defendants' right to discovery) is to be filed by 7/7/2026 contemporaneously with the response to any other defense motions filed. Reply to be filed by 7/21/2026. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.