## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                                                Case No.: 1:25−cr−00693
                                                                  Honorable April M. Perry

Michael Rabbitt, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2026:

     MINUTE entry before the Honorable April M. Perry: A status hearing is set for 6/9/2026 at 10:00 a.m. in person in Courtroom 1725 regarding the release of grand jury transcripts. This hearing will be held in person. Counsel for all parties, including dismissed defendants Catherine Sharp and Joselyn Walsh, are directed to attend. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.