UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 25 CR 693 |
| v. | ) | |
| | ) | Judge Perry |
| Michael Rabbitt, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case with respect to plaintiff United States of America. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Maxwell E. Lisy
MAXWELL E. LISY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
maxwell.lisy@usdoj.gov