UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, and CATHERINE SHARP

No. 25 CR 693

Hon. April M. Perry

**GOVERNMENT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS RESPONSE TO MOTIONS IN DKT. 225, 226, 227**

Now comes the UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and moves for an extension of time of 14 days, from July 7, 2026, to July 21, 2026, in which to file its response to the pending motions filed by Rabbitt, *et. al.* relating to a special prosecutor (Dkt. 225, 226, 227). The Government is not requesting additional time to respond to the motions relating to attorney's fees under the Hyde Amendment (*e.g.,* Dkt. 201 and 206), which it will file by July 7, 2026.

In support of its motion, the Government states as follows:

1. All charges against Rabbitt, *et. al.,* have been dismissed with prejudice. Accordingly, they are not in custody or facing any charges. After that final dismissal, Rabbitt, *et. al.,* filed for attorney's fees and discovery pursuant to the Hyde Amendment. Since they filed those motions, the Government told their attorneys that it would not contest their entitlement to attorney's fees. The parties have been in

correspondence and discussions about the amount of those fees. The Government will file its response to the Hyde Amendment motions on July 7, 2026.

2.      Also pending are the motions asking this Court to appoint an independent prosecutor under Federal Rule of Criminal Procedure 42. Dkt. 225, 226, 227. Those motions raise different substantive legal issues and analysis.

3.      The undersigned Assistant United States Attorney is helping prepare the Government's response to those motions. Since he was not part of the trial team, he has needed time to review all the relevant materials while also researching the issues raised by the various pending motions. Given the motions' subject matters, additional time will also be needed for appropriate review.

4.      Accordingly, the Government requests 14 additional days until July 21, 2026, to file its response.

5.      Counsel for Rabbitt, *et. al.,* has stated they do not have any objection to that 14-day extension to respond to those motions.

WHEREFORE, the Government respectfully requests that this Court extend the due date for its response to Dkt. 225, 226, 227 until July 21, 2026.

Respectfully submitted.

ANDREW S. BOUTROS
United States Attorney

By:     s/ *Nathaniel L. Whalen*
      NATHANIEL L. WHALEN
      Assistant United States Attorney
      219 S. Dearborn St., Rm. 500
      Chicago, IL  60604
      (312) 353-5300

Dated: July 1, 2026