UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, and CATHERINE SHARP | No. 25 CR 693<br><br>Hon. April M. Perry |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 7, 2026 at 10:30 a.m., the undersigned will appear before the Honorable April M. Perry in Courtroom 1725 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present in the above-captioned matter the Government's Unopposed Motion to Extend Time to File Its Response to Motions in Dkt. 225, 226, 227. Dkt. 235.

Respectfully submitted.

ANDREW S. BOUTROS
United States Attorney

By:    s/ *Nathaniel L. Whalen*
       NATHANIEL L. WHALEN
       Assistant United States Attorney
       219 S. Dearborn St., Rm. 500
       Chicago, IL   60604
       (312) 353-5300

Dated: July 1, 2026