UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 25 CR 693 |
| v. | Hon. April M. Perry |
| MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, and CATHERINE SHARP | |

**GOVERNMENT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS
RESPONSE TO MOTIONS IN DKT. 225, 226, 227**

Now comes the UNITED STATES OF AMERICA, by its attorney, ANDREW

S. BOUTROS, United States Attorney for the Northern District of Illinois, and moves

for an extension of time of 14 days, from July 21, 2026, to August 4, 2026, in which to

file its response to the pending motions filed by Rabbitt, *et. al.* relating to a special

prosecutor (Dkt. 225, 226, 227).

In support of its motion, the Government states as follows:

1.      All charges against Rabbitt, *et. al.,* have been dismissed with prejudice.

Accordingly, they are not in custody or facing any charges. The Government filed its

response to former Defendants' requests for attorney's fees and related discovery on

July 7, 2026.

2.      Pending are the motions asking this Court to appoint another attorney

under Federal Rule of Criminal Procedure 42 to initiate contempt proceedings, or for

this Court to use its inherent authority in a similar manner. Dkt. 225, 226, 227. Those

motions raise different substantive legal issues and analysis than the attorney's fees motions.

3. The undersigned Assistant United States Attorney is helping prepare the Government's response to those motions. Since he was not part of the trial team, he has needed time to review all the relevant materials while also researching the issues raised by the various pending, lengthy, and complex motions. Given the motions' subject matter, additional time will also be needed for appropriate review.

4. Accordingly, the Government requests 14 additional days until August 4, 2026, to file its response. This is the Government's second request for an extension. This Court previously granted a 14-day extension.

5. Counsel for Rabbitt, *et. al.,* has stated they do not have any objection to that 14-day extension to respond to those motions.

WHEREFORE, the Government respectfully requests that this Court extend the due date for its response to Dkt. 225, 226, 227 until August 4, 2026.

Respectfully submitted.

ANDREW S. BOUTROS
United States Attorney

By: s/ *Nathaniel L. Whalen*
NATHANIEL L. WHALEN
Assistant United States Attorney
219 S. Dearborn St., Rm. 500
Chicago, IL 60604
(312) 353-5300

Dated: July 16, 2026

2