**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| *v.* | ) | No. 25 CR 693 |
| | ) | |
| MICHAEL RABBITT, | ) | Judge April M. Perry |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, BRIAN STRAW, | ) | |
| and CATHERINE SHARP | ) | |
| | ) | |
| *Defendants.* | ) | |

TO: All Counsel of Record (ECF)

**PLEASE TAKE NOTICE** that on Wednesday, August 19, 2026, at 10:30 a.m., or as soon thereafter as we may be heard, we shall appear before Judge April M. Perry in Courtroom 1725 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendants' Unopposed Motion for Extension of Time to File a Reply to the Government's Consolidated Response in Opposition (Dkt. #247).

Respectfully submitted,

/s/ Joshua G. Herman
**JOSHUA G. HERMAN**

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
Tel: (312) 909-0434
jherman@joshhermanlaw.com