**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>*v.*<br><br>MICHAEL RABBITT,<br>KATHERINE MARIE ABUGHAZALEH,<br>ANDRE MARTIN, BRIAN STRAW,<br>and CATHERINE SHARP<br><br>*Defendants.* | ) | No. 25 CR 693<br><br>Judge April M. Perry |

**_UNOPPOSED_ DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO THE GOVERNMENT'S CONSOLIDATED RESPONSE IN OPPOSITION (DKT. #247)**

Defendants Michael Rabbitt, Katherine Marie Abughazaleh, Andre Martin, Brian Straw, and Catherine Sharp ("Defendants"), by and through their respective counsel, respectfully move for an extension of time of fourteen (14) days, from August 18, 2026 to September 1, 2026, in which to file their Reply to the government's Consolidated Opposition filed at Dkt. #247. *The government does not oppose this request.*

In support of this Motion, Defendants state as follows:

1. On August 4, 2026, the government filed its pleading captioned, "Government's Consolidated Opposition to Former Defendants' Motions." (Dkt. #247). The pleading responded to Defendants' pleadings at Dkt. 225, 226, and 227. It is forty-six (46) pages long and was filed after the government obtained, without opposition from Defendants, two extensions of time.

2. The current briefing schedule provides that Defendants' Reply is to be filed by September 1, 2026. To allow Defendants to fully respond to the government's pleading, which will require coordination between multiple defense attorneys, defense counsel respectfully request an additional extension of time of fourteen (14) days to file their Reply.

3. The undersigned has conferred with counsel with the government, who has indicated that ***the government does not oppose this request***.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending their time to file a Reply to the Government's Consolidated Opposition to Former Defendants' Motions at Dkt. #247, by fourteen (14) days, from September 1, 2026 to September 15, 2026.

Respectfully submitted,

*/s/ Terence H. Campbell*
Terence H. Campbell
Cotsirilos, Poulos & Campbell
55 E. Monroe, Suite 3250
Chicago, IL 60603
312-263-0345
tcampbell@cotsiriloslaw.com
*One of the Attorneys for*
*Andre Martin*