# EXHIBIT A

Outlook

**Re: Case 1:25-cr-00693 USA v. Rabbitt, et al - Question**

**From** Terence Campbell <tcampbell@cotsiriloslaw.com>
**Date** Mon 8/17/2026 10:40 AM
**To** MacArthur, Diane (USAILN) <Diane.MacArthur@usdoj.gov>
**Cc** Josh Herman <jherman@joshhermanlaw.com>; Valerie Davenport <vdavenport@cotsiriloslaw.com>; DePodesta, Nancy <NDePodesta@taftlaw.com>; Molly Armour <armourdefender@gmail.com>; Christopher Parente <cparente@cheronislaw.com>

Hi Diane,
Thanks for responding to my email, but I don't think I see an answer to our basic question. To restate it to make sure there is no confusion:

> Were there any communications Involving anyone at the Chicago USAO and anyone from the DOJ, Main Justice, or another administration department or agency about our case (including the investigation, grand jury, charging, prosecution, dismissal, and post-dismissal processes) during the time period Sept. 1, 2025 - May 31, 2026 *other than* the one discussion disclosed in the Govt's Response brief at FN.15?

We are truly just trying to get a direct answer to that direct question.

Also, per our phone conversation and my July 27, 2026 email, I had asked that you look to see if there are any communications or records of communications -- including emails, text messages (on whatever platform, including encrypted platforms like Signal or similar), calendar entries or calendar invites, phone records/phone call logs, memos, and voicemails – indicating any such communications about our case. Can you let us know if you have conducted a search for those things?

Thanks for your attention to this, Diane – the answers to these questions are obviously of material significance to the pending motions.

- Terry Campbell
Cotsirilos, Poulos & Campbell
55 E. Monroe St., Suite 3250
Chicago, IL 60603
(312) 263-0345
VISIT OUR WEBSITE at www.cotsiriloslaw.com
==========
The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is meant only for the intended recipient(s) only. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Thank you.
==========

**From:** Diane MacArthur <Diane.MacArthur@usdoj.gov>
**Date:** Friday, August 14, 2026 at 5:32 PM
**To:** Terence Campbell <tcampbell@cotsiriloslaw.com>
**Cc:** Josh Herman <jherman@joshhermanlaw.com>, Valerie Davenport <vdavenport@cotsiriloslaw.com>, "DePodesta, Nancy" <NDePodesta@taftlaw.com>, Molly Armour <armourdefender@gmail.com>, Chris Parente <cparente@cheronislaw.com>
**Subject:** RE: Case 1:25-cr-00693 USA v. Rabbitt, et al - Question

Terry: You have asked if the use of the word "direction" means that there were other communications with DOJ that the Front Office did not consider to be directions. I have checked with the Front Office and this is the response to your question. To the best of their knowledge, there is one communication described in FN 15, a virtual meeting that took place on September 27, 2025, but the Front Office does not consider that virtual meeting to be a direction.

Diane

---

**From:** Terence Campbell <tcampbell@cotsiriloslaw.com>
**Sent:** Tuesday, August 11, 2026 5:39 PM
**To:** MacArthur, Diane (USAILN) <Diane.MacArthur@usdoj.gov>
**Cc:** Josh Herman <jherman@joshhermanlaw.com>; Valerie Davenport <vdavenport@cotsiriloslaw.com>; DePodesta, Nancy <NDePodesta@taftlaw.com>; Molly Armour <armourdefender@gmail.com>; Christopher Parente <cparente@cheronislaw.com>
**Subject:** [EXTERNAL] Re: Case 1:25-cr-00693 USA v. Rabbitt, et al - Question

Thanks for your response, Diane. We noticed that fn. 15 in the Government's Response brief says, "The Front Office is not aware of any communications in which it took ***direction*** from anyone outside the U.S. Attorney's Office …", but the word "direction" was not a word used in the Government's prior representations to the Court that originated our discussions, nor is it a term used in my emails requesting information. Does the specific phrasing of fn. 15 -- saying there was not "direction" -- mean that there were other communications with DOJ (and/or other administration officials) about our case, but those communications were just not considered to be "direction" by the Front Office?

Thanks in advance.

- Terry Campbell
Cotsirilos, Poulos & Campbell
55 E. Monroe, Suite 3250
Chicago, IL 60603
(312) 263-0345
VISIT OUR WEBSITE at www.cotsiriloslaw.com
==========
The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is meant only for the intended recipient(s) only. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Thank you.
==========

---

**From:** Diane MacArthur <Diane.MacArthur@usdoj.gov>
**Date:** Tuesday, August 11, 2026 at 3:48 PM
**To:** Terence Campbell <tcampbell@cotsiriloslaw.com>
**Cc:** Josh Herman <jherman@joshhermanlaw.com>, Valerie Davenport <vdavenport@cotsiriloslaw.com>, "DePodesta, Nancy" <NDePodesta@taftlaw.com>, Molly Armour <armourdefender@gmail.com>, Chris Parente <cparente@cheronislaw.com>
**Subject:** RE: Case 1:25-cr-00693 USA v. Rabbitt, et al - Question

Terry: Thank you for this follow-up email. I gave copies of your earlier emails (the July 15, 2026 and July 27, 2026 emails set forth below) to the Front Office in my office. The Front Office's response to the emails is set forth in the Government's Consolidated Opposition to Former Defendants' Motions (R. 225, 226, 227) (R. 247) at 40 n.15.

Thank you,
Diane

---

**From:** Terence Campbell <tcampbell@cotsiriloslaw.com>
**Sent:** Tuesday, August 11, 2026 2:33 PM
**To:** MacArthur, Diane (USAILN) <Diane.MacArthur@usdoj.gov>
**Cc:** Josh Herman <jherman@joshhermanlaw.com>; Valerie Davenport <vdavenport@cotsiriloslaw.com>; DePodesta, Nancy <NDePodesta@taftlaw.com>; Molly Armour <armourdefender@gmail.com>; Christopher Parente <cparente@cheronislaw.com>
**Subject:** [EXTERNAL] Re: Case 1:25-cr-00693 USA v. Rabbitt, et al - Question

Hi Diane – I wanted to check back to see if you can provide us any information on the items we talked about, per emails below. Please let me know as soon as you can, as our next filing is due in a few days and this is obviously material to the pending matters before J. Perry. Thanks much.

- Terry Campbell
Cotsirilos, Poulos & Campbell
55 E. Monroe, Suite 3250
Chicago, IL 60603
(312) 263-0345
VISIT OUR WEBSITE at www.cotsiriloslaw.com
==========
The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is meant only for the intended recipient(s) only. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Thank you.
==========

---

**From:** Terence Campbell <tcampbell@cotsiriloslaw.com>
**Date:** Monday, July 27, 2026 at 4:34 PM
**To:** Diane MacArthur <Diane.MacArthur@usdoj.gov>
**Cc:** Josh Herman <jherman@joshhermanlaw.com>, Valerie Davenport <vdavenport@cotsiriloslaw.com>, "DePodesta, Nancy" <NDePodesta@taftlaw.com>, "Carly A. Chocron" <CChocron@taftlaw.com>, Molly Armour <armourdefender@gmail.com>, Cindy Giacchetti <cg@cgdefense.com>, "brad@peopleslawoffice.com" <brad@peopleslawoffice.com>, Chris Parente <cparente@cheronislaw.com>, Damon Cheronis <damon@cheronislaw.com>
**Subject:** Re: Case 1:25-cr-00693 USA v. Rabbitt, et al - Question

Hi Diane,
Just a quick follow-up to our phone conversation a week or so ago and our discussion of what records we believe you need to search for in order to address the issue raised in my July 15, 2026 email. These include, for the time period beginning with the announcement of Operation Midway Blitz (approximately September 1, 2025) through at least May 31, 2026, any documents, records, or other information fitting the following criteria:

1. communications or records of communications -- including emails, text messages (on whatever platform, including encrypted platforms like Signal or similar), calendar entries or calendar invites, phone records/phone call logs, memos, and voicemails;

2. between or among any person from the Chicago (NDIL) U.S. Attorney's Office, on the one hand, and any government official or employee from outside the Chicago (NDIL)

U.S. Attorney's Office, including any person from the DOJ, Main Justice, DHS, the White House, etc., on the other hand; and

3. relating to the investigation, the grand jury proceedings, decision to seek an indictment, the proceedings or case developments/status once the indictment was returned, interactions with the Court, any of the Defendants, or issues relating to the "Broadview 6" case, *U.S. v. Rabbitt, et al*., Case No. 25 CR 693.

Thanks again for your follow-up on this.

- Terry Campbell
Cotsirilos, Poulos & Campbell
55 E. Monroe St., Suite 3250
Chicago, IL 60603
(312) 263-0345
VISIT OUR WEBSITE at www.cotsiriloslaw.com
==========
The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is meant only for the intended recipient(s) only. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Thank you.
==========

---

**From:** Terence Campbell <tcampbell@cotsiriloslaw.com>
**Date:** Wednesday, July 15, 2026 at 6:11 PM
**To:** Diane MacArthur <Diane.MacArthur@usdoj.gov>
**Cc:** Josh Herman <jherman@joshhermanlaw.com>, Valerie Davenport <vdavenport@cotsiriloslaw.com>, "DePodesta, Nancy" <NDePodesta@taftlaw.com>, "Carly A. Chocron" <CChocron@taftlaw.com>, Molly Armour <armourdefender@gmail.com>, Cindy Giacchetti <cg@cgdefense.com>, "brad@peopleslawoffice.com" <brad@peopleslawoffice.com>, Chris Parente <cparente@cheronislaw.com>, Damon Cheronis <damon@cheronislaw.com>
**Subject:** Case 1:25-cr-00693 USA v. Rabbitt, et al - Question

Hi Diane,

On March 30, 2026, the government filed a brief stating, in part, the following:

"The indictment in this case was proposed, reviewed, and approved exactly like the hundreds of others routinely brought by the USAO year-in and year-out—that is, without any influence or interference by ***anyone*** outside the USAO. The decisions about who and what to charge were made by the USAO prosecutors and their supervisors based solely on positive identifications of the defendants and evaluations of their individual criminal conduct. Considerations such as defendants' political affiliations, activities, views, or positions were not considered in any way as part of the investigation or charging decisions. Accordingly, there are **no** communications of any nature from, to, or with ***anyone*** outside the USAO (other than the local FBI investigators assigned to the case) regarding any investigatory or charging decisions. To be crystal clear, this specifically includes anyone in the White House and all components and offices of Main Justice."

Dkt. 110 at pp. 3-4.

Having now been working on this matter for several weeks, can you tell us whether you/the government still stands behind these factual assertions – including particularly the last two sentences of the quote above which are highlighted? And if not, whether the government intends to correct any misstatements made in this pleading filed with the Court? The answer is important because these statements are material to certain matters still pending before the

Court, and will likely make a difference in how we proceed on some of those pending matters.

Thanks in advance for your prompt response.

- Terry Campbell
Cotsirilos, Poulos & Campbell
55 E. Monroe, Suite 3250
Chicago, IL 60603
(312) 263-0345
VISIT OUR WEBSITE at www.cotsiriloslaw.com

==========
The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is meant only for the intended recipient(s) only. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Thank you.
==========

---

**From:** Josh Herman <jherman@joshhermanlaw.com>
**Date:** Tuesday, June 30, 2026 at 10:36 AM
**To:** Diane MacArthur <Diane.MacArthur@usdoj.gov>, Terence Campbell <tcampbell@cotsiriloslaw.com>, Valerie Davenport <vdavenport@cotsiriloslaw.com>, "DePodesta, Nancy" <NDePodesta@taftlaw.com>, "Carly A. Chocron" <CChocron@taftlaw.com>, Molly Armour <armourdefender@gmail.com>, Cindy Giacchetti <cg@cgdefense.com>, "brad@peopleslawoffice.com" <brad@peopleslawoffice.com>, Chris Parente <cparente@cheronislaw.com>, Damon Cheronis <damon@cheronislaw.com>
**Subject:** FW: Activity in Case 1:25-cr-00693 USA v. Rabbitt, et al

All:

For your records, attached is the sealed motion with ECF cover sheet that was just filed regarding the legal presentation.

Josh

Joshua G. Herman
Attorney at Law
53 West Jackson Blvd., Suite 404
Chicago, IL 60604
Tel:  312-909-0434
jherman@joshhermanlaw.com
www.joshhermanlaw.com
****IMPORTANT**** This message is intended only for the individual or entity to which it is addressed, and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that reading, copying, disseminating, or distributing this communication is strictly prohibited. If you have received this transmission in error, please notify the sender and delete the message. Thank you.

---

**From:** usdc_ecf_ilnd@ilnd.uscourts.gov <usdc_ecf_ilnd@ilnd.uscourts.gov>
**Date:** Tuesday, June 30, 2026 at 10:33 AM