# EXHIBIT B

RE: GRAND JURY ) GRAND JURY

INVESTIGATION ) NO. 25 GJ 994

BEFORE THE FEDERAL GRAND JURY

(SPECIAL JUNE, 2024 - GRAND JURY)

COLLOQUY

OCTOBER 16, 2025 - THURSDAY

PRESENT:

THE HONORABLE ANDREW J. BOUTROS,
Acting United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
BY SHERI H. MECKLENBURG and
MATTHEW SKIBA
Assistant United States Attorneys.

GRAND JURY FOREPERSON: Yes.

MS. MECKLENBURG: Okay.

MR. SKIBA: All right. So this is the first video.

MS. MECKLENBURG: Driver's side. 09:53:40

MR. SKIBA: Yeah. This is the driver's side.

GRAND JUROR: Okay.

MR. SKIBA: And so I'll play this video. I'm happy to stop or go back at any point. Just let 09:53:46 me know.

MS. MECKLENBURG: Stop at each of the defendants.

MR. SKIBA: Yeah. Uh-huh. And I may be -- some of these are quick, so I may be rewinding a 09:53:56 little bit.

Okay. So, right up off the bat we have three of our defendants right here. So, this individual right here is Andre Martin. This individual here is Kat Abagazala. And this 09:54:13 individual here is Kat Sharp, the redhead. And I'm going to play this now.

(Footage played.)

MR. SKIBA: And we have a fourth. I'm just

going to rewind a little bit. The girl who's about to get hit with a stuffed animal which is thrown by not the ICE agent, by one of the other individuals, that is Jocelyn Walsh.

MS. MECKLENBURG: And you can see her guitar in the window. Joslyn Walsh is the guitar lady. 09:54:52

MR. SKIBA: Yeah.

(Footage played.)

MR. SKIBA: Okay. I think -- 09:55:09

(Footage played.)

MS. MECKLENBURG: You can see there is a truck behind that they are not bothering at all because he's not a ICE agent. That would be --

MR. SKIBA: Yeah. And as you can hear, what they are saying is, quit your job. So they -- they know that this is an individual associated with the Broadview facility. 09:55:51

(Footage played.)

So I'm going to go to the next video here. 09:56:10

(Footage played.)

That's a different angle. And here again, you have Kat Abagazala. You have Andre Martin right here.

MS. MECKLENBURG: Right behind Kat is --

MR. SKIBA: Yes. Yes. Sticking out right here is Kat Sharp.

(Footage played.)

MS. MECKLENBURG: You can see Brian Sharp just moved in. Sorry, Matthew. 09:56:52

MR. SKIBA: Brian Rabbit.

MS. MECKLENBURG: Right.

MR. SKIBA: This individual here, if you follow his arm he is placing -- 09:56:59

MS. MECKLENBURG: Michael Rabbit.

MR. SKIBA: I'm sorry?

MS. MECKLENBURG: Michael Rabbit.

MR. SKIBA: Yes. Michael Rabbit.

MS. MECKLENBURG: Mr. Rabbit. 09:57:07

MR. SKIBA: Yes. We'll call him Mr. Rabbit. Thank you.

So he is right here. He's on the side of the vehicle. He has his hand placed -- I believe what the agent said last week is the A-frame. I'm not a car guy. I'm just going to call that the car. The side of the car. 09:57:19

(Footage played.)

MR. SKIBA: And -- I'm going to go back.

This individual right here is Mr. Straw.

MS. MECKLENBURG: Watch his --

(Footage played.)

MS. MECKLENBURG: (Inaudible) If they wanted to -- 09:58:10

MR. SKIBA: And here he is right here again.

MS. MECKLENBURG: Watch.

MR. SKIBA: And here is actually Mr. Rabbit as well. 09:58:16

(Footage played.)

MS. MECKLENBURG: Ran up to the car.

MR. SKIBA: Yeah. And you could see, I mean look at how much room there is for Mr. Straw to maneuver if he wanted to. But he 09:58:48 intentionally went to the front of the vehicle.

(Footage played.)

MR. SKIBA: So I think -- does anybody need to see any parts of the video again?

GRAND JUROR: Do you bring up later for the 09:59:33 testimony exactly what they're saying? I can't always understand what they are shouting (inaudible).

MS. MECKLENBURG: I think that we can tell

you because -- the agent, they are hearing lots of things, so we can tell you because if you hear it, you decide if you can hear what we hear. So you listen to it.

They are screaming -- excuse my language. I'm just repeating what they are saying. And I'm not supposed to swear in the Grand Jury. Fuck this pig. Over and over. Fuck this pig. Fuck this pig. They are screaming -- 09:59:56

MR. SKIBA: Get a real job. 10:00:08

MS. MECKLENBURG: Yes.

MR. SKIBA: Shame.

MS. MECKLENBURG: Shame. And they are screaming something like, down with deportation.

MR. SKIBA: Up with liberation. 10:00:17

MS. MECKLENBURG: Up with liberation.

MR. SKIBA: Yes, ma'am.

GRAND JUROR: They were also clearly saying, I believe that we will win.

MS. MECKLENBURG: Yes. That's right. 10:00:26

MR. SKIBA: Yeah. And through the agent -- I'm sorry.

MS. MECKLENBURG: There is another question.

GRAND JUROR: Is there a part of the video where someone hanging on to the passenger side mirror?

MS. MECKLENBURG: Yes.

GRAND JUROR: Is that the same guy you already identified or is that -- 10:00:36

MS. MECKLENBURG: Yes. That was Mr. Rabbit. Michael Rabbit.

GRAND JUROR: No, different --

MR. SKIBA: It might be a different individual. 10:00:45

GRAND JUROR: I don't know if it was one of the eight or not.

MS. MECKLENBURG: It --

GRAND JUROR: It was on the list. It said she wrapped her arm -- 10:00:55

GRAND JUROR: Driver's side.

MR. SKIBA: Do you want me to rewind?

GRAND JUROR: Yes.

MS. MECKLENBURG: I want to make sure everybody -- (inaudible) 10:01:06

Last time and today we showed you pictures of the damage to the car and the mirror was broken off. Yes. I just want to make sure --

MR. SKIBA: Yes.

MS. MECKLENBURG: I know it's hard.

MR. SKIBA: I'll play it from here, and if you want me to pause it at any point let me know.

(Footage played.) 10:01:30

MR. SKIBA: Yeah. So this is from -- my cursor is on Mr. Rabbit right here.

(Footage played.)

MS. MECKLENBURG: There. The guy with the hood up. 10:02:16

MR. SKIBA: Okay. So --

MS. MECKLENBURG: That's the one who was grabbing the mirror where the other guy was just holding the car. When you just say just holding --

MR. SKIBA: Yes. 10:02:25

MS. MECKLENBURG: The difference, grabbing the mirror --

MR. SKIBA: Yes.

MS. MECKLENBURG: It doesn't mean we don't come back if we can identify someone, but we're 10:02:32 being very careful that we have people identified clearly.

And since you weren't here last time, I just want to tell the people who weren't. We went

through the identities. We went through that the agent took still shots from the video and they found pictures of people, and many of these people posted this on their own social media. So it wasn't -- it was clear that they put it up. And they compared the known photos of these six with the stills from the video. 10:02:55

MR. SKIBA: Any other questions either about the videos or the law?

GRAND JUROR: Who took the videos? What's the source of these videos? 10:03:12

MS. MECKLENBURG: This video is from Ms. Abagazala's social media.

MR. SKIBA: Yeah. So some were like a Twitter, an Instagram. Some were, I believe, You Tube. This was all civilians taking photos. 10:03:25

MS. MECKLENBURG: Yeah. No law enforcement was out there, so they didn't take any video.

Any questions before I go get who we now know as Agent A and in a minute you're going to know him as who he is. 10:03:49

GRAND JUROR: Would you be able to show, you know, after Agent A or before, the damage to the car?

MS. MECKLENBURG: We're going to go through it with Agent A, and then if you need it again, we will. We'll pull up the pictures. That's what I'll need for that. (Inaudible). Okay.

(Inaudible.)

I'll tell you [redacted]. [redacted] is the first name. [redacted] is [redacted].

GRAND JUROR: Okay.

MS. MECKLENBURG: That's his name.

GRAND JUROR: Okay. 10:04:25

(Whereupon the witness came in the jury room, and the testimony is not included in this transcript.)

(End of excerpt of 25 GJ 994 [redacted].)