# EXHIBIT C

IN RE: GRAND JURY ) GRAND JURY
INVESTIGATION ) NO. 25 GJ 994

BEFORE THE FEDERAL GRAND JURY
(SPECIAL JUNE 2024 - GRAND JURY)

October 23rd, 2025 - Thursday
2:29 P.M.

PRESENT:

THE HONORABLE ANDREW S. BOUTROS,
United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
BY: MS. SHERI MECKLENBURG (i)
(Under Seal)
MR. MATTHEW SKIBA
Assistant United States Attorneys.

Well, it's just the one conspiracy count. I mean, the misdemeanor --

MS. MECKLENBURG: We want you to also consider each of the misdemeanors with it.

GRAND JUROR: Right. Okay.

MS. MECKLENBURG: Yeah. We're presenting it all to you.

GRAND JUROR: Yeah. I get that, but the --

MS. MECKLENBURG: Yes.

GRAND JUROR: Okay.

MS. MECKLENBURG: Your consideration should not be in assessing a -- an indictment, "Well, they could bring this charge without us. So we don't need to consider probable cause on that." That shouldn't be one of your considerations.

GRAND JUROR: Yeah, I understand that.

MR. SKIBA: Just said differently, if you as a Grand Jury were to find probable cause



for both a 372 felony and the Section 111

misdemeanor, it's not -- it's no answer to say like, "Well, we don't need to" -- we could just let them do the misdemeanor. If there is probable cause, there is probable cause no matter how the case is charged.

Any other questions about the law before we turn back to the video?

(No response.)

MR. SKIBA: Okay. Seeing none.

Just bear with me on the technology.

MS. MECKLENBURG: Matt, do you feel comfortable doing the video?

MR. SKIBA: Yeah, I do.

MS. MECKLENBURG: Okay. I'm just here to help you.

MR. SKIBA: No worries.

MS. MECKLENBURG: You're the boss.

MR. SKIBA: Unless you want to do it.

MS. MECKLENBURG: No, no. You do it.

MR. SKIBA: All right. So --

MS. MECKLENBURG: But stop it, if you can, for --

MR. SKIBA: Yeah.

MS. MECKLENBURG: -- each one of them so that they can get an idea.

MR. SKIBA: So just as a reminder -- so there is two videos here. I am happy to play it. I am happy to pause, and I will -- I will try to point out each of these individuals. It may require that I rewind a little bit. So bear with me there.

So here is the first video.

MS. MECKLENBURG: Is this the driver's side?

MR. SKIBA: This is driver's side front, yep.

MS. MECKLENBURG: Okay.

MR. SKIBA: Okay. So there is going to be a few people right off the bat. So I am probably just going to pause it right off the bat, but they we'll -- I am just going to play the whole video in its entirety just to remind folks what happened here. Okay.

(Whereupon, a video was played on the screen for the Grand Jurors.)

MR. SKIBA: So we have three individuals already here. This woman in

front -- she is blonde in pigtails -- is Kat Abughazaleh. Standing right next to her right to her right is Andre Martin. And the red-headed woman who is just behind Kat Abughazaleh -- this is on her -- to her left is Catherine Sharp.

(Whereupon, a video was played on the screen for the Grand Jurors.)

MR. SKIBA: And right here who just got hit with what looks like Skooby Doo is Jocelyn Walsh. She is the woman who is wearing a leather jacket. She's got a guitar, and it looks like she's hanging off the -- the driver's side mirror here. And I'm going to -- just going to play this.

(Whereupon, a video was played on the screen for the Grand Jurors.)

MR. SKIBA: And just to pause one -- one second here.

As you could hear in the video, what they're saying is "Down, down with

deportation." So it's clear that these individuals know that Agent A is affiliated with



ICE.

(Whereupon, a video was played on the screen for the Grand Jurors.)

MR. SKIBA: They are also saying -- you could hear a -- "Quit your job."

(Whereupon, a video was played on the screen for the Grand Jurors.)

MR. SKIBA: Okay. Does anybody need to see this video? Do you want me to rewind?

MADAM FOREPERSON: Can you just play it one time without --

MR. SKIBA: Sure.

MS. MECKLENBURG: Without stopping?

MR. SKIBA: Yep.

MADAM FOREPERSON: Thank you.

GRAND JUROR: Yeah. Could you let it go --

MR. SKIBA: I'm sorry?

GRAND JUROR: Could you led it go all the way to the end?

MR. SKIBA: Yeah, absolutely.

GRAND JUROR: Thank you.

MR. SKIBA: Okay.



(Whereupon, a video was played on the screen for the Grand Jurors.)

MR. SKIBA: Okay.

MS. MECKLENBURG: And one thing I hope you were able to notice was that they weren't trapped there where they couldn't get away. There was plenty of room to move off to the sides and get out of the way.

MR. SKIBA: We will play the other video in a second, but does anybody have any initial questions before I play it?

Do you have a --

GRAND JUROR: No.

MR. SKIBA: Oh, sorry.

Okay. I am going to pull up the second video. Just bear with me one moment.

MS. MECKLENBURG: Let'S do it with stopping, and then we'll play it all the way through.

MR. SKIBA: Yeah. I will do that.

MS. MECKLENBURG: Thank you.

MR. SKIBA: Okay. In fact, right here let me just point out, again, you can see Kat Abughazaleh before I even play the video.



And this is Andre Martin, again, right next to her.

(Whereupon, a video was played on the screen for the Grand Jurors.)

MS. MECKLENBURG: And Cat Sharp also --

MR. SKIBA: Yeah.

MS. MECKLENBURG: -- right back there.

MR. SKIBA: The red-headed woman right behind Kat Abughazaleh.

(Whereupon, a video was played on the screen for the Grand

Jurors.)

MS. MECKLENBURG: There is -- yeah.

MR. SKIBA: Yeah.

And here -- I am going to make sure I get his first name correct. But I am just going to call him Mr. Rabbitt. He is the individual -- he has got these sunglasses on his head. They're -- it looks like they are blue tinted. He has got this -- it looks like a black sleeve, and he is hanging onto what the agent a few weeks ago called the A-frame.



(Whereupon, a video was played on the screen for the Grand Jurors.)

MS. MECKLENBURG: And he moved up to the car in this video. You can see that he moved through and up.

THE COURT REPORTER: Sorry? I didn't hear what you said. I'm sorry.

MS. MECKLENBURG: He moved up to the car.

(Whereupon, a video was played

on the screen for the Grand
Jurors.)

MR. SKIBA: And here's another individual. This is -- and, again, I'm just going to call him by his last name, Mr. Straw. He is -- it looks like an orange hat, black sunglasses, and with a beard here. And there is going to be a better shot of him in a moment.

(Whereupon, a video was played
on the screen for the Grand
Jurors.)

MR. SKIBA: And, again, here is Mr. Rabbitt. He has got like a -- again, black sleeves but a gray shirt here and sunglasses.



(Whereupon, a video was played
on the screen for the Grand
Jurors.)

MR. SKIBA: Yes, sir.

GRAND JUROR: I'm just trying to sort of like -- I can see Straw in the red hat.

MS. MECKLENBURG: Keep your eyes on him for a few seconds --

GRAND JUROR: Yeah. But --

MS. MECKLENBURG: -- and then we'll stop it when he gets to the car.

GRAND JUROR: -- Michael Rabbitt no longer appears in the frame. And neither Kat -- or either Kat appears to be anywhere near the front of the truck again. I'm just wondering about that. So I don't -- I'm struggling to locate them.

MS. MECKLENBURG: You -- they don't have -- they can step away. You can do it that -- you can impede for some time, and then you can decide that you're going to stop. That doesn't change the fact that you have impeded for some time. And they could be going -- and we don't know where they are here. They could be going and doing something else to the car or



something else. We just don't know.

GRAND JUROR: Okay.

MS. MECKLENBURG: So I -- what's -- the probable cause comes from when you do see them on the video, not from when you don't.

GRAND JUROR: Uh-huh.

MS. MECKLENBURG: But keep your eye on Mr. Straw now with the orange cap and see what he does.

(Whereupon, a video was played on the screen for the Grand Jurors.)

MR. SKIBA: As you can see on Mr. Straw, there is a pretty wide berth that he has, that he could step through this way. He could step through this way. So he is not trapped, by any means.

MS. MECKLENBURG: And you can see he pushed his way up and to the car.

(Whereupon, a video was played on the screen for the Grand Jurors.)

MS. MECKLENBURG: Because he wasn't on the car.



(Whereupon, a video was played on the screen for the Grand

Jurors.)

MS. MECKLENBURG: Just for the record --

MR. SKIBA: Yeah. Just for the record, they are saying, "Get to the front. Get to the front."

(Whereupon, a video was played on the screen for the Grand Jurors.)

MS. MECKLENBURG: And here again is Kat Abughazaleh right here walking back.

(Whereupon, a video was played on the screen for the Grand Jurors.)

MR. SKIBA: Okay. So I'm happy to start from the top and just -- I will just play this without interrupting.

But does anybody -- does anybody have any questions before I do that?

MADAM FOREPERSON: So this video is right after the first video you showed us?

So that -- which one took place -- the first one that you showed us took

place --

MS. MECKLENBURG: Same time.

MR. SKIBA: Yeah. So this is just a different angle.

MADAM FOREPERSON: Okay.

MR. SKIBA: Yeah.

MS. MECKLENBURG: The first side is the driver's side, and the second side is the passenger's side.

MADAM FOREPERSON: Passenger's side.

MS. MECKLENBURG: So it's happening at the same time. But keep in mind, people are moving in and out --

MADAM FOREPERSON: Yeah.

MS. MECKLENBURG: -- which is part of the conspiracy.

MADAM FOREPERSON: Right.

MR. SKIBA: Okay. Seeing no other questions --

I'm sorry, ma'am. Did you have a -- Okay.

I'm just going to rewind to the start. I won't interrupt it unless you-all want me to.

(Whereupon, a video was played on the screen for the Grand Jurors.)

MR. SKIBA: Okay. Does anybody have any questions about this video?

MS. MECKLENBURG: Can we bring in Agent A? And those of you who were here last week know his real name, and those of you who weren't will hear his real name.

(Whereupon, was had the testimony of [redacted] which is included under separate cover.)

GRAND JUROR: I have a real quick question.

MS. MECKLENBURG: Yes.

GRAND JUROR: You showed two pictures of the side mirror?

MS. MECKLENBURG: Yes.

GRAND JUROR: From looking at those right here, are there any pictures other than from their direction?

MS. MECKLENBURG: I don't -- I did not see any.

GRAND JUROR: Okay.



MS. MECKLENBURG: Yeah. I didn't see any. But I think they took those pictures to show where it was actually broken.

GRAND JUROR: Yeah, I know.

MS. MECKLENBURG: Yeah.

GRAND JUROR: My concern is that -- the paint balls that they -- the pepper balls that --

THE COURT REPORTER: Sorry. "My concern was that" -- I didn't hear you.

GRAND JUROR: The pepper --

GRAND JUROR: That's why I was just wondering if there was any in this particular side of --

THE COURT REPORTER: Sorry. It's -- sorry. I can't hear you.

MS. MECKLENBURG: I think that --

GRAND JUROR: I'm sorry. I was -- I was asking if there are any images -- any pictures of the side mirror from the other side, not just the side that shows the -- the window

gone, but the other that shows whether it could possibly have impacted --

THE COURT REPORTER: I'm sorry. I still can't hear you. I'm sorry.



GRAND JUROR: I was simply asking if there are any pictures of the side mirror from the other viewpoint, not just showing the same window but -- or the missing mirror but if there are any from the other side potentially showing if there is any impact on it. That was all.

MS. MECKLENBURG: Okay. So I am not going to do the IDs again, because most of you were here when we did the IDs and there didn't seem to be a lot of questions. And, frankly, if I do that, you might be here for a while longer.

So these were the six people who we identified: Michael Rabbitt, Katherine Marie Abughazaleh, Andre Martin, Catherine Sharp, Brian Straw, Joselyn Walsh. And the indictment says that Agent A was a law enforcement officer, which is required by the statute, and that on or about he was de- -- and