**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: United States v. Rabbitt, et al. Case Number: 25 CR 693

An appearance is hereby filed by the undersigned as attorney for:
Intervenor-Movant Sheri H. Mecklenburg

Attorney name (type or print): Sergio E. Acosta

Firm: Akerman LLP

Street address: 71 South Wacker Drive, 47th floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6295617 Telephone Number: 312-634-5700
(See item 3 in instructions)

Email Address: sergio.acosta@akerman.com

Are you acting as lead counsel in this case? X Yes ☐ No

Are you a member of the court's general bar? X Yes ☐ No

Are you a member of the court's trial bar? X Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes X No

If this case reaches trial, will you act as the trial attorney? X Yes ☐ No

If this is a criminal case, check your status. X Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 24, 2026

Attorney signature: S/ Sergio E. Acosta
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023