IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>*v.*<br><br>MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, and CATHERINE SHARP,<br><br>*Defendants,*<br><br>*and*<br><br>SHERI H. MECKLENBURG,<br><br>*Intervenor-Movant* | No. 25 CR 693<br><br>Judge April M. Perry |

NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, October 1, 2026 at 10:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before Judge April M. Perry, or any Judge sitting in her stead, in **Courtroom 1725** in the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present the Motion of Intervenor-Movant Sheri H. Mecklenburg to Intervene (ECF Doc. # 261), a copy of which has been served upon you.

Dated: September 24, 2026

Respectfully submitted,

*/s/ Sergio E. Acosta*

Sergio E. Acosta
Joel D. Bertocchi
AKERMAN LLP
71 South Wacker Drive,
47th Floor
Chicago, IL 60606
(312) 634-5700
sergio.acosta@akerman.com
joel.bertocchi@akerman.com

*Counsel for Intervenor-Movant*
*Sheri H. Mecklenburg*

**CERTIFICATE OF SERVICE**

I certify that on September 24, 2026 the foregoing notice of motion was filed electronically using the Court's CM/ECF system, which will accomplish service on all counsel of record.

*/s/ Sergio E. Acosta*