**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* | ) | |
| *v.* | ) | No. 25 CR 693 |
| MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, and CATHERINE SHARP *Defendants.* | ) | Judge April M. Perry |

**<u>*CORRECTED*[1] DEFENDANTS' NOTICE OF SUPPLEMENTAL INFORMATION</u>**

Defendants, by and through their respective counsel, respectfully seek to supplement the record with the attached retirement letter from the proposed intervenor, Sheri Mecklenburg, which has been widely published in the local and national news media (attached as Exhibit A).

Included in Ms. Mecklenburg's retirement letter are additional facts that directly and materially implicate issues in the pending motions before the Court (Dkt.

[1] After filing their Notice of Supplemental Information earlier this afternoon, Defense counsel was alerted to the fact that Ms. Mecklenburg's letter was titled "My Forced *Retirement*", not "My Forced *Resignation*". In the spirit of acknowledging and correcting mistakes made in something filed with the Court, we have corrected that here and changed the word "resignation" to "retirement" throughout (other than the title of the Tribune article cited herein because that article called the letter a "resignation" letter). No other changes have been made.

225, 226, and 227). Specifically, the following factual disclosures made by Ms. Mecklenburg in her letter are of particular note:

- The Front Office threatened to discipline and/or terminate Ms. Mecklenburg, thereby resulting in a loss of healthcare benefits, if she attempted to file anything with the Court to provide her recollection of events. (Ex. A, AUSA Mecklenburg's Forced Retirement Letter, at 1; *id.* at 2 ("you [U.S. Attorney Boutros] have threatened to terminate me if I attempt to rebut the false allegations and bring additional matters to the Court's attention.").
- Ms. Mecklenburg "repeatedly sought guidance from, kept informed, and followed the directions of the Front Office — including [U.S. Attorney Boutros] — at every consequential stage" of this failed prosecution. *Id.* at 2.
- U.S. Attorney Boutros "personally directed" a felony prosecution of the Defendants be pursued over Ms. Mecklenburg's objection. *Id.*
- In May 2026, U.S. Attorney Boutros "placed [Ms. Mecklenburg] on leave and cut off [her] devices and credentials without any notice." *Id.*
- Ms. Mecklenburg expresses her severe disappointment in the U.S. Attorney's Office's handling of the post-dismissal briefing to

> the Court because she expected that "the leaders who directed or approved the prosecution would accept responsibility for their own roles and decisions rather than assigning the consequences to me alone." *Id.* at 3.

In response to Ms. Mecklenburg's retirement letter which was published in the media, the Department of Justice in Washington D.C. (not the local U.S. Attorney's Office) disputed one of Ms. Mecklenburg's factual assertions about the involvement of U.S. Attorney Boutros (and perhaps other higher-ups in the DOJ) in the prosecutorial decisions and conduct here as flat-out "false," based on what it claims is contained in Ms. Mecklenburg's written recommendation on this case:

> The claim that AUSA Mecklenburg proposed a misdemeanor and was told instead to file a felony charge is false. Mecklenburg's recommendation in writing to the supervisory chain of the U.S. Attorney's Office included the section 372 felony as the strongest charge.

Jason Meisner, *'Broadview Six' prosecutor pens fiery resignation letter saying US attorney pushed for felony charges*, CHI. TRIBUNE, Sept. 25, 2026, available at: https://www.chicagotribune.com/2026/09/25/broadview-six-prosecutor-resignation-letter-us-attorney/ (last visited Sept. 29, 2026).

The Defendants will be prepared to further discuss the materiality of the information contained in Ms. Mecklenburg's "Forced Retirement letter," which reinforces Defendants' position that there are ripe factual disputes concerning positions taken by the U.S. Attorney's Office before the Court at Thursday's hearing or as directed by the Court in writing.

Respectfully submitted,

**/s/ Nancy L. DePodesta**
**/s/ Carly Alana Chocron**
Taft Stettinius & Hollister LLP
111 E Wacker Dr, Suite 2900
Chicago, IL 60601
312-836-5884
ndepodesta@taftlaw.com
cchocron@taftlaw.com
*Attorneys for Michael Rabbitt*

**/s/ Joshua G. Herman**
Law Office of Joshua G. Herman
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
312-909-0434
jherman@joshhermanlaw.com

**/s/ Molly Armour**
Law Office of Molly Armour
53 W. Jackson, Blvd., Suite 1424
Chicago, IL 60604
773-746-4849
armourdefender@gmail.com
*Attorneys for Katherine Marie Abughazaleh*

***/s/ Terence H. Campbell***
***/s/ Valerie Ann Davenport***
Cotsirilos, Poulos & Campbell, Ltd.
55 E. Monroe Street, Suite 3250
Chicago, IL 60603
312-263-0345
tcampbell@cotsiriloslaw.com
vdavenport@cotsiriloslaw.com
*Attorneys for Andre Martin*

***s/ Christopher Parente***
***/s/ Damon M Cheronis***
Cheronis & Parente
140 S. Dearborn, Suite 404
Chicago, IL 60603
773-458-4899
cparente@cheronislaw.com
damon@cheronislaw.com
*Attorneys for Brian Straw*

**/s/ Cynthia Giacchetti**
Law Office of Cynthia Giacchetti
53 W. Jackson Blvd., Suite 1035
Chicago, Illinois 60604
cg@cgdefense.com
312-939-6440
*Attorney for Catherine Sharp*