UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 25 CR 693 |
| v. | ) | |
| | ) | Judge Perry |
| MICHAEL RABBITT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PUBLIC RECORD REDACTED VERSION OF**
**MOTION TO SEAL THE GOVERNMENT'S *EX PARTE***
**PETITION FOR ORDER AUTHORIZING DISCLOSURE**

The United States respectfully moves this Court for an Order sealing the Government's *Ex Parte* Petition for an Order Authorizing Disclosure of unredacted grand jury transcripts and exhibits. Sealing is necessary because the government's petition refers to matters subject to secrecy under Federal Rule of Criminal Procedure 6(e) and [redacted]

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ Thomas P. Walsh
THOMAS P. WALSH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5312
thomas.walsh2@usdoj.gov

[redacted]