**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:25−cr−00693
Honorable April M. Perry
Michael Rabbitt, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 9, 2026:

MINUTE entry before the Honorable April M. Perry: The Government's motion to seal [275] is denied. As already noted, the grand jury transcripts in this matter have already been made public − without any opposition from the Government. The Government has also publicly disclosed − in both court filings and open court − the fact that there is an OPR investigation in this case involving the prosecutors who were in the grand jury. See, e.g., Doc. 247 at 48−49. In addition to those two matters, the Government has also asked to seal the "Legal Principles" section of its motion, which sets forth basic principles of law, and the signature block of one of its attorneys. There is a presumption that materials that underpin a judicial decision are open to public inspection unless they meet very specific criteria. See Baxter Intern., Inc. v. Abbott Laboratories, 297 F.3d 544, 545 (7th Cir. 2002). No such criteria are present here. The Clerk of Court is directed to unseal [272]. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.