UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 25 CR 693 |
| MICHAEL RABBITT,<br>KATHERINE MARIE ABUGHAZALEH,<br>ANDRE MARTIN,<br>CATHERINE SHARP,<br>BRIAN STRAW, and<br>JOSELYN WALSH | Hon. April M. Perry |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Thursday, November 5, 2026, at 10:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable April M. Perry in Courtroom 1725 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present in the above-captioned matter the Motion to Withdraw Counsel. Dkt. 281.

Respectfully submitted.

ANDREW S. BOUTROS
United States Attorney

By: s/ *Nathaniel L. Whalen*
NATHANIEL L. WHALEN
Assistant United States Attorney
219 S. Dearborn St., Rm. 500
Chicago, IL 60604
(312) 353-5300

Dated: October 30, 2026