UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT,<br>KATHERINE MARIE ABUGHAZALEH,<br>ANDRE MARTIN,<br>CATHERINE SHARP,<br>BRIAN STRAW, and<br>JOSELYN WALSH | No. 25 CR 693<br><br>Hon. April M. Perry |

**AMENDED NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday November 10, 2026, at 10:30 a.m.,[1] or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable April M. Perry in Courtroom 1725 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present in the above-captioned matter the Motion to Withdraw Counsel. Dkt. 281.

Respectfully submitted.

ANDREW S. BOUTROS
United States Attorney

By: s/ *Nathaniel L. Whalen*
NATHANIEL L. WHALEN
Assistant United States Attorney
219 S. Dearborn St., Rm. 500
Chicago, IL 60604
(312) 353-5300

Dated: November 2, 2026

[1] The undersigned previously and mistakenly filed a Notice to present the motion on November 5, 2026. However, he is also responsible for arguing in front of the Seventh Circuit Court of Appeals in *United States v. Flemming*, No. 25-2825, around the same time, and regrets any inconvenience this might have caused.