UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, and CATHERINE SHARP. | )<br>)<br>)<br>)<br>)<br>)<br>) | No. 25 CR 693<br><br>Judge Perry |

**JOINT STATUS REPORT**

The parties, through their respective counsel, submit this joint status report pursuant to the Court's October 1, 2026, order, Dkt. 270, and state as follows:

1. The parties have discussed settlement of defendants' petitions for attorneys' fees and agree that a conference with the Court could be helpful.

2. The parties request the Court set a settlement conference on a date and time mutually agreeable to the parties in mid-November or later while the parties continue to meet and confer with the hopes of resolving this issue prior to the settlement conference.

3. The parties are familiar with the Court's standing order on settlement procedures. The parties propose providing the Court with short position papers (no longer than five pages) at least three days prior to the settlement conference in order to help orient the Court to the parties' positions.

Respectfully submitted,

ANDREW S. BOUTROUS
United States Attorney

By: s/ Maxwell E. Lisy
MAXWELL E. LISY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
maxwell.lisy@usdoj.gov

/s/ Nancy L. DePodesta
/s/ Carly Alana Chocron
Taft Stettinius & Hollister LLP
111 E Wacker Dr, Suite 2900
Chicago, IL 60601 312-836-5884
ndepodesta@taftlaw.com
cchocron@taftlaw.com
*Attorneys for Michael Rabbitt*

*/s/ Terence H. Campbell*
*/s/ Valerie Ann Davenport*
Cotsirilos, Poulos & Campbell, Ltd.
55 E. Monroe Street, Suite 3250
Chicago, IL 60603
312-263-0345
tcampbell@cotsiriloslaw.com
vdavenport@cotsiriloslaw.com
*Attorneys for Andre Martin*

/s/ Cynthia Giacchetti
Law Office of Cynthia Giacchetti
53 W. Jackson Blvd., Suite 1035
Chicago, Illinois 60604
cg@cgdefense.com
312-939-6440
*Attorney for Catherine Sharp*

/s/ Joshua G. Herman
Law Office of Joshua G. Herman
53 W. Jackson, Blvd., Suite 404
Chicago, IL 60604
312-909-0434
jherman@joshhermanlaw.com

/s/ Molly Armour
Law Office of Molly Armour
53 W. Jackson, Blvd., Suite 1424
Chicago, IL 60604
773-746-4849
armourdefender@gmail.com
*Attorneys for Katherine Marie Abughazaleh*

*/s/ Christopher Parente*
*/s/ Damon M Cheronis*
Cheronis & Parente
140 S. Dearborn, Suite 404
Chicago, IL 60603
773-458-4899
cparente@cheronislaw.com
damon@cheronislaw.com
*Attorneys for Brian Straw*