**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
Case No.: 1:25−cr−00693
Honorable April M. Perry
, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2026:

MINUTE entry before the Honorable April M. Perry: AUSA William Hogan's request to intervene for the purposes of the evidentiary hearing currently scheduled for 11/16/2026 and related proceedings [296] is granted. The request to move the hearing date is denied at this time. AUSA Hogan's attorney's vacation the week before the scheduled hearing does not interfere with the hearing date itself and therefore does not necessitate moving the hearing. However, if Attorney Kulwin can secure an agreement from all of the four named witnesses (and/or their attorneys) that 11/19/2026 at 9:00 a.m. is an acceptable alternative, the Court will move the hearing to that date. Attorney Kulwin should email the Courtroom Deputy, copying all involved individuals (or their attorneys, if applicable), with any such agreement. As for the request for clarification: each witness will be asked to speak about the issues raised in the Court's order of 11/2/2026 of which they have personal knowledge. The Court will ask follow−up questions, if necessary. No cross−examination by other witnesses or their attorneys will be permitted. No calling of witnesses will be permitted, although as already noted those described in the Court's order of 11/2/2026 who appear voluntarily will be heard. Finally, should the Court at a later point determine that court−imposed sanctions are likely, the Court will allow the involved attorney(s) to present evidence in mitigation if they choose to do so. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.