**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: United States v. Rabbitt et al.

Case Number: 25 CR 693

An appearance is hereby filed by the undersigned as attorney for:

Matthew Skiba (intervenor)

Attorney name (type or print): Andrew C. Porter

Firm: Salvatore Prescott Porter & Porter

Street address: 1010 Davis St.

City/State/Zip: Evanston, IL 60201

Bar ID Number:
(See item 3 in instructions)

Telephone Number: (312) 283-5711

Email Address: aporter@sppplaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☑ Yes | ☐ No |
| Are you a member of the court's general bar? | ☑ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☑ Yes | ☐ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☑ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 6, 2026

Attorney signature: S/________________________________
(Use electronic signature if the appearance form is filed electronically.)