**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, AND CATHERINE SHARP,<br><br>Defendants | No. 25 CR 693<br>Hon. April M. Perry |

**NOTICE OF SUBMISSION REGARDING COURT'S REQUEST FOR EVIDENCE**

The United States submits this filing to the Court in response to the Court's request for evidence. *See* ECF No. 276; ECF No. 285 at 5. Attached to this filing, the Court will find (1) a transmittal letter and (2) a memorandum addressing the United States' privilege assertions. The United States will also submit, via email to the Court's chambers, responsive, nonprivileged documents and a privilege log.

Respectfully submitted,

Dated: November 9, 2026

*/s/ Henrique Carneiro*
Stanley E. Woodward, Jr.
*Associate Attorney General*
Henrique Carneiro
*Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for the United States of America*