**U.S. Department of Justice**

*950 Pennsylvania Ave, NW - RFK*
*Washington, DC 20530*

November 9, 2026

***VIA Email***

The Hon. April M. Perry
United States District Judge
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 S Dearborn St
Chicago, IL 60604

RE: *United States v. Rabbitt,* No. 1:25-cr-693 (N.D. Ill.)

Dear Judge Perry:

Please find the production of the United States in response to the Court's request for information. *See* ECF No. 276; ECF No. 287 at 5. Specifically, the Court requested of the U.S. Attorney's Office for the Northern District of Illinois, "all communications between September 26, 2025 and March 30, 2026 . . . with anyone outside of the Northern District of Illinois U.S. Attorney's Office (other than the local FBI investigators assigned to the case) regarding any investigatory or charging decisions in this case." ECF No. 276. Enclosed please find a privilege log asserting privileges applicable to these communications. With regard to the Court's request for, "a legal memorandum explaining what privilege is claimed and how it applies in the context of a sanctions/contempt inquiry by the Court," ECF No. 276, the position of the United States is that the privileges it has asserted apply here the same way as they would in any other context, as explained in the accompanying memorandum.

The United States also notes that this log does not include, "oral, rather than written, communications that would be responsive to the Court's requests," *id.*, insofar as this request is impracticable. The United States also notes that it is in possession of emails between officials in the United States Attorney's Office and defense counsel that may be considered responsive to the Court's request, but is not producing these insofar as the Court's Order does not clearly contemplate the production of the same. To the extent the Court is requesting such correspondence the United States respectfully requests that the Court issue a clarifying Order.

The Court also requested "the October 14, 2025 email sent to U.S. Attorney Boutros attaching the October 9, 2025 Grand Jury transcript and any replies to or forwards of that email." ECF No. 276. The United States is producing records responsive to that request.

Sincerely,

***/s Stanley E. Woodward, Jr.***

Stanley E. Woodward, Jr.
Associate Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Stanley.woodward@usdoj.gov