**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, AND CATHERINE SHARP,<br><br>Defendants | No. 25 CR 693<br>Hon. April M. Perry |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, November 17, 2026 at 10:30 a.m., the undersigned will appear before the Honorable April M. Perry in Courtroom 1725 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present in the above-captioned matter the United States's Motion for Clarification of Order Addressing Government's Response to October 9 Request for Evidence.

Respectfully submitted,

Dated: November 10, 2026

*/s/ Henrique Carneiro*
Stanley E. Woodward, Jr.
*Associate Attorney General*
Henrique Carneiro
*Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for the United States of America*