UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL RABBITT, KATHERINE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, CATHERINE SHARP,

Defendants,

*and*

ANDRES ALMENDAREZ,

Intervenor.

Case No. 25 CR 693

Honorable April M. Perry

NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, November 17, 2026, at 10:30 a.m., or as soon thereafter as counsel may be heard, Andres Almendarez shall appear before the Honorable April M. Perry of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present his **Motion to Intervene**, a copy of which is served upon you.

Dated: November 10, 2026

Respectfully submitted,

/s/ *Megan Cunniff Church*

Megan Cunniff Church (#6281234)
MOLOLAMKEN LLP
300 N. LaSalle St.
Chicago, IL 60654
(312) 450-6700
mchurch@mololamken.com

*Attorney for Andres Almendarez*