**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,
v.
, et al.
Defendant.

Case No.: 1:25−cr−00693
Honorable April M. Perry

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 10, 2026:

MINUTE entry before the Honorable April M. Perry: The Court grants AUSA Andres Almendarez's motion to intervene for the purposes of the evidentiary hearing currently scheduled for 11/16/2026 and related proceedings [308]. In response to the questions posed by counsel: witnesses will be provided the opportunity to make an uninterrupted oral statement before the Court asks any follow−up questions. To the extent a witness would prefer to submit a written statement in lieu of an oral statement, they may file one by 3:00 p.m. the day prior to the hearing. Any written statement must be signed under oath and the witness must still appear to answer any follow−up questions the Court may have. Witnesses who are represented by an attorney may have their attorney present at counsel table and may ask for a break from their testimony to confer with their attorney should the need arise. Witnesses who are represented by an attorney also may have their attorney ask follow−up questions after any questions from the Court. Witnesses who are not represented by an attorney will be offered the opportunity at the conclusion of the Court's questions to add anything else they would like to add. The Court strikes the 11/17/2026 presentment date for this motion. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.