**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, AND CATHERINE SHARP,<br><br>Defendants | No. 25 CR 693<br>Hon. April M. Perry |

## NOTICE OF AMENDED SUBMISSION

The United States submits this notice in response to the Court's November 10, 2026 minute order authorizing a revised production. *See* ECF No. 304. The United States has submitted, via email to the Court's chambers, a revised production and privilege log.

Respectfully submitted,

Dated: November 12, 2026

*/s/ Henrique Carneiro*
Stanley E. Woodward, Jr.
*Associate Attorney General*
Henrique Carneiro
*Counsel to the Associate Attorney General*
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for the United States of America*