**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL RABBITT, KATHERINE MARIE ABUGHAZALEH, ANDRE MARTIN, BRIAN STRAW, AND CATHERINE SHARP,<br><br>Defendants | No. 25 CR 693<br>Hon. April M. Perry |

**CERTIFICATION PURSUANT TO ECF NO. 287**

The Office of the Associate Attorney General has not provided the Attorney General, the Acting Deputy Attorney General, or the Solicitor General, "with any evidence during the pendency of this case that a special prosecutor would not be able to consider when contemplating whether or not to file charges." ECF No. 287 at 6.

Dated: November 13, 2026

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*

Stanley E. Woodward, Jr.
*Associate Attorney General*
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

*Counsel for the United States of America*